S. Frank Harrell, Esq. – SBN 133437
sharrell@lynberg.com
Jesse K. Cox, Esq. – SBN 285218
jcox@lynberg.com
Edward Z. Kotkin, Esq. – SBN 155588
ekotkin@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite 1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendants COUNTY OF ORANGE
and DEPUTY CHAD RENEGAR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| JEREMY HOLLOWAY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; DEPUTY CHAD RENEGAR, individually as a peace officer; and DOES 1-20,<br><br>Defendants. | Case No. 8:19-cv-01514 DOC (DFMx)<br><br>*Assigned for All Purposes to:*<br>Hon. David O. Carter, Courtroom 9D<br><br>~~[PROPOSED]~~ ORDER ON JOINT STIPULATION FOR PROTECTIVE ORDER<br><br>Trial Date:       November 10, 2020<br>Complaint Filed:  August 6, 2019 |

## ~~[PROPOSED]~~ ORDER

Pursuant to the "Joint Stipulation for Protective Order," by and between Defendants County of Orange and Deputy Chad Renegar, and Plaintiff Jeremy Holloway, and good cause appearing, the Court adopts the parties' Joint Stipulation as its Order.

**IT IS SO ORDERED**.

DATED: October __30__, 2019

By: _____/s/_____

Hon. Douglas F. McCormick
United States Magistrate Judge

4845-7866-1034, v. 1

1
~~[PROPOSED]~~ ORDER ON JOINT STIPULATION FOR PROTECTIVE ORDER