UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SA CV 19-01514-DOC (DFMx) | Date | December 14, 2020 |
| Title | Jeremy Holloway v. County of Orange, et al. | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Kelly Davis
Courtroom Deputy Clerk

Debbie Gale
Court Reporter

ATTORNEY PRESENT FOR PLAINTIFF:

Narine Mkrtchyan

ATTORNEYS PRESENT FOR DEFENDANT:

S. Frank Harrell
Tamara Heathcote

**PROCEEDINGS: MOTION HEARING (Held and Completed)**

Case called. The Court confers with counsel via Zoom conference. The Court hereby arguments from the parties on the Motion for Summary Judgment as to Plaintiff's Second Amended Complaint (Monell) [102] and the Motion for Summary Adjudication as to Second Amended Complaint [105]. The Court takes the matters under submission. The Court's order will issue.

1 : 25

Initials of Deputy Clerk: kd