**MKRTCHYAN LAW**
Narine Mkrtchyan, Esq. (SBN. 243269)
1010 North Central Avenue, Suite 204
Glendale, CA 91202
Telephone No. (818) 388-7022
Web: www.narinelaw.com
Email: narine56@msn.com

Attorney for Jeremy Holloway

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY HOLLOWAY,<br>Plaintiff,<br>vs.<br>COUNTY OF ORANGE, DEPUTY CHAD RENEGAR, individually and as a peace officer, DEPUTY JOEL GONZALEZ, individually and as a peace officer, DEPUTY KEVIN PAHEL, individually and as a peace officer, DEPUTY BRANDON BILLINGER, individually and as a peace officer, DEPUTY MARK BORBA, individually and as a peace officer, DEPUTY JAMESON GOTTS individually and as a peace officer, DEPUTY JUSTIN GUNDERSON, individually and as a peace officer, and DOES 1-10.<br>Defendants. | Case No. 8:19-cv-01514-DOC-DFM<br>**PLAINTIFF'S SUPPLEMENTAL BRIEF IN RESPONSE TO COURT'S TEXT SCHEDULING ORDER OF 139 RELATED TO PLAINTIFF'S EXHIBIT 7 IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION**<br>**HONORABLE DAVID CARTER**<br>**Trial: May 25, 2021** |

Plaintiff JEREMY HOLLOWAY submits the following brief in response to Court's scheduling Order No. 139 related to instructions to view the Exhibit 7, flashdrives of PVS recordings, produced by County of Orange.

1. The two Flashdrives are identical and two copies were submitted per Clerk's instructions, one copy for filing, the second copy for Court, per the Local Rule 11.
2. Open the file folder and click on one of the files.
3. Click on Auto Play as shown below on the image.


folder
Organize
New
OCSD Southeast 18-002898 Claim #18-0381 2 of 2
Name
Date modified
065761_180121_130235_5.idx 8/8/2018 12:32 PM
065761_180121_130235_5.qbx 8/8/2018 12:32 PM
065761_180121_130235_5 8/8/2018 12:31 PM
065965_180121_134053_4.idx 8/8/2018 12:34 PM
065965_180121_134053_4.qbx 8/8/2018 12:34 PM
065965_180121_134053_4 8/8/2018 12:33 PM
a 8/8/2018 12:34 PM
8/8/2018 12:34 PM
Type: Application
Size: 252 KB
Date modified: 8/8/2018 12:34 PM
avdframe 8/8/2018 12:34 PM
AVDLiveViewer 8/8/2018 12:34 PM
AVDViewer 8/8/2018 12:34 PM
avformat-mvi-57.dll 8/8/2018 12:34 PM
avresample-mvi-3.dll 8/8/2018 12:34 PM

4. You will see System Videos, click to Play Video next to each deputies name. Start time for each deputy shows what time the recording began.


ertified Copy
ommunications
Mobile-Vision, Inc.
Case Display Name: 18-002898
Case Number: 18-002898
Subject Name: N/A
stem Videos
Click To Play
Officer
DVR
VIDEO
Billinger, Brenden
2774
VIDEO
Rawlings, S
3695
VIDEO
Renegar, Chad
2942
VIDEO
Pahel, Kevin, Brian
2894
Attached Media
lick Below to View
Chain of Custody
search
DELL

5. Follow the same instruction for each file folder.
6. For PVS Deputy Borba, when you click on Auto Play, it will ask you to extract the file by downloading it first because it is a zip file. Click Extract All, choose a file where it is extracted to, and download to your computer for further view. After it is extracted and downloaded, follow the same instructions above for viewing it. Click on Auto Play, when you see System Videos, click to Play Video.


Compressed Folder Tools
Pictures
Case law on sanctions
Exhibits
Filed MSJ Opposition
Holloway
Holloway MSJ
Extract all
Extract To
PVS Deputy Borba OCTA DR#18-002898 (1 of 1) DVD
Name
Type
Compressed
020580_180121_125832_0
020580_180121_125832_0.idx
020580_180121_125832_0.qb
020580_180121_133950_0
020580_180121_133950_0
020580_180121_133950_0.idx
020580_180121_133950_0.qb
a
AutoPlay
autorun
avcodec-mvi-57.dll
avdctrl
avdframe
AVDLiveViewer
AVDViewer
avformat-mvi-57.dll
Application
Setup Information
Application extension
Cabinet File
Application
Application
Application
Application extension
Compressed (zipped) Folders
in this folder.
that you first extract all files.
Extract all
Run


Certified Copy
OCTA
Case Display Name: 18-002898
Case Number: 18-002898
Subject Name: N/A
System Videos
Click To Play
Officer
DVR
Mark Borba
9811
Mark Borba
9811
Mark Borba
9811
Attached Media
Click Below to View
Chain of Custody
to search
DELL

To further assist the Court, below are detailed notes on videos submitted:

Notes on Videos.

Billinger, Brenden 2774 2018-01-21 03:53:36.0

-Nothing happens, mostly driving around.

**Renegar, Chad 2942 2018-01-21 04:07:25.0**

-Chad Renegar talks to a young Hispanic-sounding guy (Joshua Gomez) about the couple who was fighting, sparse details, he was unsure who it was: **4:16:00** He could not say where the fight occurred.

-Chad Renegar talks to a woman who was in a tent with her girlfriend, both of who seem unaware there was even a fight in the area. She says they had earplugs. 4:19:00

**-Chad Renegar asks Holloway to come out of his tent at 4:23:40, notes before to other officers that multiple people at the campsite said this is the "guy" , which is not supported with earlier statements by the campers.** After asking multiple times for Holloway to come out and talk to them, and after a delay, they start talking to him in earnest at **04:26:20.** The cops are combative and hostile, telling Holloway to keep his hands out of his pockets. They pat him down. Holloway admits he has about 6 knives. Holloway is indignant that he did nothing wrong and keeps asking why the cops are harassing him. The police finally tell him that they were called down to campsite 65. The cops ask him if anyone else was in the campsite. Holloway is furious and insists no one else was in the campsite. The cops inform Holloway that others at Arroyo had pinpointed campsite 65 as the source of the disturbance. Holloway expresses outrage that his camp neighbors did this. The cops then leave. The entire interaction took 10 minutes.

Pahel, Kevin, Brian 2894 2018-01-21 04:18:55.0

-Beginning questioning of some woman, low audio. I think she says she didn't hear anything. 4:20:40.

-Worse quality version of the same events above for when Chad Renegar confronts Holloway. You can tell because Holloway's dog is barking in both scenes. 4:23:40.

Billinger, Brenden 2774 2018-01-21 04:40:20.0

-Literally just the cops going to a gas station.

Renegar, Chad 2942 2018-01-21 04:56:11.0

-Just a minute of driving.

Pahel, Kevin, Brian 2894 2018-01-21 04:56:13.0

-Just a minute of driving.

Renegar, Chad 2942 2018-01-21 04:57:39.0

-Just a minute of driving.

Pahel, Kevin, Brian 2894 2018-01-21 04:57:57.0

-Can hear Pahel talk with Joshua Gomez at 5:12. Can See Jeremy on the ground . Initially 7 deputies then 8, 9th , 10th . 5:14:26 Brown takes out knives from tents

**Gotts, Jameson 2817 2018-01-21 04:58:04.0** (See Chad Renegar's dash cam video below as well, clearer audio and more video of the same scene there).

-Driving. Dispatch call comes in that I can't make out. Gotts turns on the police sirens and heads back to Arroyo.

**-5:03:20** – Multiple cop cars speed down the campground roads, park, and cops rush off-camera. There's screams off-camera, Holloway is screaming in pain, he says he did nothing wrong and that he doesn't understand what he did wrong. Holloway says that there's blood on his head. Things cool down. Holloway notes he was kicked and kneed in the head. Hard to make out the quieter conversation from here, Holloway repeats a few times that he's done nothing wrong and that he got kneed in the head. He says, "Is kneeing in the head the protocol because I was kicked and kneed in my head. That is why I am bleeding."

**-5:05**—UOF sounds like finished and Jeremy is complaining.

**-5:09:20 –** One of the cops comes into frame and the cop notes he got blood on himself. He starts wiping off his legs (presumably from kneeing Holloway?). He also got blood on his hand.

**-5:10:55** – Sounds like Holloway complaining about getting kneed while on the ground again. A cop says something about "grabbing all the knives".

-5:14:00 – The cop car turns such that you can see a white pickup truck, a picnic table, and a blue and white tent. Officers also converse, can't make out what they're talking about. From here, officers wander around the campsite on camera.

**Renegar, Chad 2942 2018-01-21 04:58:55.0** (Best Angle, considering the car points to the campsite earlier).

-Driving to Arroyo.

**-05:01:30 –** Officers arrive, confront Holloway off-camera.

**-05:02:30** – Officers demand Holloway get on the ground or he'll be tased. Holloway refuses to move. Sounds like they're beating the hell out of him. The interaction sounds mostly the same as above, except this cop car arrived earlier so it recorded more of the action.

**-05:08:36 –** The cop car turns in such a way that you can see the RV and the tent at the campsite. You can see Holloway sitting on a log, and then the cops (**about 7 sheriffs initially , then more and more arrive**) marching him past the dash cam with his face and mouth bloody. They secure him in the car, and you can see him in the car on Camera 2. Holloway complains about "fucking needles in his ass". They take him out of the car and he doesn't get back in. Have him ID these sheriffs

-5:17:25 **–** Someone says "I don't have mine on" and then the outside audio (outside the car) cuts out for about a minute for some reason. Otherwise, the cops just seem to be moving around the campsite and not much different from above.

**-5:19:30** – One of the cops are recounting the interaction to possibly Rawlings with Holloway, how they confronted him and how he was rambling. Recounts how they implemented a chokehold/grappled/body shot him, etc. Apparently, they had

been trying to figure out what RV "the guy" got into based on the call from campsite 67.

**-5:23:20** – The cops address Holloway, ask him to look up and pose. Presumably photographing him? Not sure. Renegar is taking pictures of Holloway

**-5:25:** He is talking with another cop about what the witness told him about the possible DV, could not say what campsite.

-5:26:20 – Cops discuss the charges they're putting on Holloway, such as intimidating a witness due to the RV incident and such.

-5:30:00 – One of the cops notes that of all the people at the camp they talked to, none saw anything, witnesses only heard someone angrily shouting about who called the cops.

-5:32:15 – They begin wheeling away Holloway on a stretcher. Renegar says, he thinks he broke his thumb.

**-5:34:30** – More discussion on the cops' account of the grappling with Holloway, claiming he resisted. They also found the guy who made the 911 call, he apparently heard a 13 year old girl screaming and then someone screaming about who called the cops. They also discuss how the guy who called 911 told them he did not actually see Jeremy go into the campsite and looking for things. The cops debate whether they still have intimidating a witness as a charge even if they don't have an initial crime, especially since they can't find the female. After that is more recounting of the events that happened while interacting with Holloway, 5:36:15.

**-5:36** – Telling Rawlings each other's involvement . He is questioning all in each other's presence. Pahel, Gonzalez, Borba showed up. Where is Gotts/Gunderson? Rawlings asks for follow-up reports presumably.

5:37:10 – Debating on whether they still have intimidating a witness, or an initial crime. Also discuss the witness who pointed them to Holloway, as well as another witness. Fairly good quality compared to below videos for this conversation.

**Billinger, Brenden 2774 2018-01-21 05:02:35.0**

-Arrives at the scene of the incident at 5:04:20. It's a worse angle than the others, less sounds are hearable. Muffled convos otherwise.

**05:05** you can hear Holloway saying , 'Still trying to figure out what I did…' protesting, telling them, what the fuck is going on, you left the first time, I was trying to figure out what was happening. ' Also he is quieting his dog, who is in distress.

**05:08** Holloway protesting ' you kicked me in the fucking head' I had done nothing wrong. I saw you leave the first time.

5:17:00 – Noting muffled conversation in the background, can't make it out.

Starting 5:18:40, outside audio cuts out, don't know why.

**Rawlings, S 3695 2018-01-21 05:13:13.0**

-Some driving, then garbled conversation, cuts out a lot like at 5:18:00 and 5:20:00. Practically unintelligible. It does sound familiar to the above conversations noted around this time with officers recounting what happened. You can also hear Holloway's dog, so it must be the same area. Didn't listen to this one too closely after the beginning.

**-5:17** there was a domestic incident and someone had too much to drink.

-Outside audio completely cuts after 5:24:00 until 5:26:40. Still practically unintelligible.

**-5:27:40** is when I can tell that Rawlings is actually talking to Holloway. Holloway describes his injuries, insists he did nothing wrong, attributes his not going down to the ground because he did nothing wrong, notes the husband and wife in the tent next to him was truly at fault. It also sounds like Holloway is smarting over the taser probes in his "butt" and the officers note this as well. The quality gets pretty bad, but at 5:32:10 Rawlings sounds incredulous as to Holloway's claim to the couple in the tent but directs another officer to look into it.

As he is talking with the cops asking them to describe the incident, the audio goes garbled.

**-5:34:00** – Sounds like the cops are describing to Rawlings the course of events, but at 5:35:00, the audio completely cuts for thirty seconds. After that, the audio is unintelligible but it sounds like they continue discussing the events (mention of officer laying out who did what "lethal" and "nonlethal" actions). Audio cuts several times.

**-5:37:20** – Similarly to other audio above, they're discussing that they don't have an initial crime but they do have intimidating a witness. They note that Holloway claimed the couple in the tent behind him was at fault, but the cops note that that was Holloway's tent(?).

**-5:38:50** – Cops discuss the earlier interaction with Holloway and how he reacted to the cops' confronting him. Rawlings also notes he won't bother going to the hospital to reinterview Holloway since he got a quick one here.

**-5:42:45** – Rawlings giving his summary of the night's events: cops showed up for a Domestic Violence incident between male and female at campsite 63, by the time the cops got here there was just Holloway and no female, cops left, and then Holloway was screaming and hollering at park guests, they got a report Holloway was going through someone's camper, the cops returned and told Holloway to get on the ground because the last time the cops confronted Holloway he had a machete on him.

-5:45:00 – Cops note Holloway was on probation.

-5:49:00 – Cops debate giving Holloway a ticket for parking violation.

<u>**Renegar, Chad_2942_2018-01-21 05:40:53.0**</u>

-Facing the RV and blue tent.

**-5:44:10** – Cops discussing charges and witnesses again, noting the witness who apparently heard about Holloway screaming around the campgrounds and going through people's stuff. <u>Turns out that guy hadn't actually seen Holloway doing this, 5:46:10.</u>

-5:49:00 – Cops debate giving Holloway a ticket for parking violation. 5:50:20 – One of the cops notes he got blood on his uniform and cut his hand.
-5:53:10 – Notes Holloway is under protective order and that they need to find out where the "chick" is. Cops are basically just making notes for their report.
-5:55:10 – One of the cops say that they had Holloway at gunpoint because he had a knife. 40 seconds later, the outside audio cuts out for the rest of the video do that their discussions are not audible.

**Pahel, Kevin, Brian 2894 2018-01-21 05:41:12.0**

-Cops seem to be talking with a woman and man witness who heard the crying and whatnot. Very hard to hear (Turn off in-car audio for better quality). Still hard. One gives their email as "Brian" , 5:45:50, so presumably the same from the 911 call (Brian Fuerbach). Honestly can't make out any of this conversation.

**Borba, Mark 2018-01-21 03:55:02**

You can hear Renegar's voice there for the first incident at 4:05
At 4:23 you can hear Renegar's voice contacting JH. Time is in sync with Renegar video. Definitely Borba is involved and at scene for the first incident.

**2018-01-21 04:58:32**

At 05:07 you can hear him discussing with Gotts the blood he had on his hands. 05:10 continued complaining about blood on his hands from Plaintiff. Around 5:13 the audio sound goes off. Until 5:34 there was no sound.

**2018-01-21 05:39:50** He speaks with registered camper Luke Patrick Dennis, Camp 71 who says he initially heard the DV dispute… He does not ask him anything about if he saw the UOF! Do not recall if he ever mentioned discussing speaking with any witness.

DATED: December 24, 2020

**MKRTCHYAN LAW**

By: __________/s/Narine Mkrtchyan_________

**NARINE MKRTCHYAN**

Attorney for Plaintiff Jeremy Holloway