**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 19-01514-DOC-DFM                  Date:  June 13, 2022

Title: JEREMY HOLLOWAY V. COUNTY OF ORANGE ET AL.

PRESENT: THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):  ORDER GRANTING MOTION TO CONTINUE TRIAL [367] AND CONTINUING TRIAL AND ASSOCIATED DATES [310, 316, 317, 332, 333, 334, 335, 336, 337, 338, 339, 340, 341, 342, 343, 344, 345, 346, 362]**

On May 16, 2022, Defendant Chad Renegar filed a Motion to Continue Trial (Dkt. 367). Defendant represents that both of his counsel have long-standing pre-planned family trips during the trial scheduled to begin on July 26, 2022. The Court ordered all parties to meet and confer and submit a list of trial dates between July 26, 2022 and December 1, 2022 suitable for all parties (Dkt. 370).

The parties conferred several times, and were unable to find trial dates for a trial of this length that accommodated all defendants, counsel, and key witnesses. However, it appears that all parties should be able to make a December 6, 2022 trial date.

Accordingly, the Court CONTINUES the trial in this matter to Tuesday, December 6, 2022. The Final Pretrial Conference is CONTINUED to Tuesday, November 8, 2022 at 8:30 am. All outstanding motions (Dkts. 310, 316, 317, 362) and all motions in limine (Dkts. 332, 333, 334, 335, 336, 337, 338, 339, 340, 341, 342, 343, 344, 345, 346) are also CONTINUED to November 8, 2022 at 8:30 am.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu