## RJ Acosta Investigative Services

Robert J. Acosta
Private Investigator – PI188017
Cell: 714-336-3120

2321 E. 4th St., C285
Santa Ana, CA 92705
Fax: 714-730-0859
Racostasr@yahoo.com

July 9, 2020

Re: Jeremy Holloway

On 11/06/19, Investigator Acosta contacted Brian Fuerbach at his residence, 2543 E. Villa Vista Way, City of Orange.

Investigator Acosta advised Mr. Fuerbach that he was a Private Investigator requesting to speak to him about the incident that occurred at O'Neil Park on January 21, 2018, which involved a disturbance call he placed to the police.

Mr. Fuerbach related that the incident happened nearly a year ago and that it was very disturbing to him and his wife. They were in an RV. He said that he had almost put the incident out of his mind. He said that the guy in the next campsite sounded like he was beating a woman. He did not know if she was with him from the beginning or if he had picked her up at the local bar. But he related that it really sounded bad, like the guy was really beating her up. He also related that he got the impression that the guy was possibly a transient.

Mr. Fuerbach said that he really did not want to talk about the incident and did not know that the guy had that much time to bring a law suit. (Investigator Acosta never mentioned to Mr. Fuerbach that he was conducting the interview in preparation of a civil lawsuit.) Mr. Fuerbach told Investigator Acosta that he didn't want to say anything that would help the individual I was representing. He also stated, "if the attorney wants to depose me, that is the only way I will discuss anything." (This lead Investigator Acosta to believe that Mr. Fuerbach might have a legal background.)

Mr. Fuerbach said that he had already been interviewed by the police and if I had any questions it could be found in the police reports.

Mr. Fuerbach showed his contempt toward Holloway by saying, " I hope the guy got what he deserves, he was really a jerk. He really was mistreating that woman. And then when the police left, he came shouting at us for calling the police. Like I said, I don't want to talk about this anymore."

Investigator Acosta explained to Mr. Fuerbach that the questions he want to ask were not in the police report. He was able to get Mr. Fuerbach to reply that his wife gave the police dispatcher the campsite location of the person that was beating the woman. Asked if he saw the man and woman involved in the disturbance, he indicated that he did not, but heard her leaving, because he heard the zipper to the tent door being unzipped, as to open the door and it sounded like the woman was leaving.

When asked if the police called back to obtain a better location of the campsite where the disturbance was reported, Mr. Fuerbach answered that his wife gave the police the correct location.

# RJ Acosta Investigative Services

Robert J. Acosta  
Private Investigator – PI188017  
Cell: 714-336-3120

2321 E. 4th St., C285  
Santa Ana, CA 92705  
Fax: 714-730-0859  
Racostasr@yahoo.com

July 9, 2020

Asked if he saw the disturbing party interacting with the police, Mr. Fuerbach said that he did but declined to discuss what he saw or heard.

When asked if he saw the police interacting with the guy, Mr. Fuerbach declined to answer and said that if the attorney wanted to know that information he would have to be deposed.

When asked if he saw how many deputies were involved with the arrest of the guy, Mr. Fuerbach said he did not want to say anything.

When asked if he ever saw a dog with the guy in the next site, Mr. Fuerbach said that he could hear the dog barking during the time that the guy was beating the woman and heard her screaming.

When asked if he was interviewed by the police, Mr. Fuerbach said that it was in the police report and he said he would not talk about it.

When asked if he saw the police use force to arrest the guy, Mr. Fuerbach again said he would not talk about that.

Mr. Fuerbach told Investigator Acosta that he really did not want to continue this discussion and appreciated the effort to do his job, but asked that he leave.

The interview was then concluded.

Investigator Acosta upon conclusion of the above interview drove to 13802 Locust Ave., City of Westminster, and attempted to contact Mr. Joshua Gomez in Apartment 4. The apartment was vacant and a notice from the Southern California Gas Company had been placed on the security door, indicating that the gas service was soon to be turned off. Looking through the window, it was observed that there was no furniture or indication that someone was living at the location. Investigator was unable to locate the complex manager.

Investigator Acosta called Mr. Gomez at 714-583-5615. His voice message indicated that the phone number was still in service for him. A message was left requesting a call back to Investigator Acosta.

Written by: Robert J. Acosta, PI 188017