UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. SA CV 19-01514-DOC-DFM                              Date:  January 3, 2023

Title: JEREMY HOLLOWAY v. COUNTY OF ORANGE ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER SETTING TIME LIMITS AT TRIAL**

The Court hereby **SETS** a time limit of 31 hours per side for trial testimony (not including jury selection, opening statements, or closing arguments) to be allocated as follows:

| Witness | Direct and Cross Exam | Re-direct and Re-cross |
|---|---|---|
| Chad Renegar | 6 hours each | 30 minutes each |
| Lee Martinez | 20 minutes each | 10 minutes each |
| Stewart Rawlings | 20 minutes each | 10 minutes each |
| Deputy Brown | 45 minutes each | 10 minutes each |
| Susan Hopp-Midani | 45 minutes each | 10 minutes each |
| Joel Gonzales | 2 hours each | 10 minutes each |
| Janina Pyburn | 20 minutes each | 10 minutes each |
| Roger Clark | 2 hours each | 10 minutes each |
| Jeremy Holloway | 6 hours each | 30 minutes each |
| Kevin Pahel | 1 hour each | 10 minutes each |
| Jameson Gotts | 1 hour each | 10 minutes each |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 19-01514-DOC-DFM                                     Date: January 3, 2023

Page 2

| Name | | |
|---|---|---|
| Mark Borba | 1 hour each | 10 minutes each |
| Brian Fuerbach | 1 hour each | 10 minutes each |
| Joshua Gomez | 1 hour each | 10 minutes each |
| Gary Vilke | 1 hour each | 10 minutes each |
| Kendall Wagner | 1 hour each | 10 minutes each |
| Robert Fonzi | 2 hours each | 10 minutes each |

The Court retains discretion to vary time allocations based on delays or other issues with witness testimony.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                   Initials of Deputy Clerk: kdu

CIVIL-GEN