**MKRTCHYAN LAW**
Narine Mkrtchyan, Esq. (SBN 243269)
P.O. Box 2288
Toluca Lake, CA 91610
Telephone No. (818) 338-7022
Web:  www.narinelaw.com
Email: narine57@gmail.com

Attorney for Jeremy Holloway

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HOLLOWAY, <br><br> Plaintiff, <br><br> vs. <br><br> DEPUTY CHAD RENEGAR, individually and as a peace officer, DEPUTY JOEL GONZALEZ, individually and as a peace officer, DEPUTY KEVIN PAHEL, individually and as a peace officer, DEPUTY MARK BORBA, individually and as a peace officer, DEPUTY JAMESON GOTTS individually and as a peace officer, <br><br> Defendants | Case No. 8:19-cv-01514-DOC-DFM <br><br> **[HONORABLE JUDGE DAVID O. CARTER]** <br><br> **JOINT STIPULATION RE EXTENSION OF TRIAL DATE** <br><br> Trial: July 18, 2023 |

Plaintiff, JEREMY HOLLOWAY, and Defendants DEPUTY CHAD RENEGAR, DEPUTY JOEL GONZALEZ, DEPUTY KEVIN PAHEL, DEPUTY MARK BORBA, DEPUTY JAMESON GOTTS by and through their respective counsel of record, and subject to the approval of the court, hereby stipulate as follows:

1

1  WHEREAS, a material witness for Plaintiff, Dr. Kamshad Raiszadeh is not available for the week of July 18, 2023 for trial, is further unavailable on July 6-21,
2  July 26-29, unavailable on June 16, 19;

3
4  WHEREAS, counsel for defendants have other conflicts in scheduling the trial to occur earlier than November 28, 2023.

5  **IT IS HEREBY STIPULATED**:

6  1. Parties further stipulate to the change of the Scheduling Order as follows:

7  Trial date: November 28, 2023 8:30 am

8

9  DATED: May 22, 2023                MKRTCHYAN LAW
10

11                                    By:_____/s/Narine Mkrtchyan_____
                                          NARINE MKRTCHYAN
12                                        Attorneys for Plaintiff

13  DATED: May 22, 2023                LYNBERG & WATKINS

                                      By:_____ /s/Tamara Heathcote_____
14                                     TAMARA M. HEATHCOTE
                                       Attorneys for Defendants Deputy Joel
15                                     Gonzalez, Deputy Kevin Pahel, Deputy
                                       Brandon Billinger, Deputy Mark Borba,
16                                     Deputy Jameson Gotts

17  DATED: May 22, 2023                COLLINS & COLLINS
                                      By: _____/s/ Michael Wroniak_____
                                      MICHAEL WRONIAK
18                                    CHRISTIE SWISS
                                      Attorneys for Defendant Chad Renegar
19

2

1  SO ORDERED:

2                                                          _____

3  DATED: May 22, 2023                        Honorable David O. Carter

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

3