**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

```
F I L E D
CLERK, U.S. DISTRICT COURT
08/16/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___kdu___ DEPUTY
```

JEREMY HOLLOWAY

    Plaintiff,

vs.

CHAD RENEGAR, JOEL GONZALEZ, KEVIN PAHEL, MARK BORBA, JAMESON GOTTS,

    Defendants.

Case No. 8:19-CV-01514-DOC-DFM

**SPECIAL VERDICT**
(REDACTED)

We, the jury in the above-entitled action, render the following findings of fact by this verdict as to the issues submitted to us.

**Question No. 1:**

Did any of the named Defendants use excessive force against the Plaintiff?

Answer:

| | | |
|---|---|---|
| CHAD RENEGAR | Yes ✓ | No ___ |
| JOEL GONZALEZ | Yes ✓ | No ___ |
| KEVIN PAHEL | Yes ✓ | No ___ |
| MARK BORBA | Yes ✓ | No ___ |
| JAMESON GOTTS | Yes ✓ | No ___ |

If you have answered "Yes" to any Defendant in Question No. 1, proceed to Question No. 2. If you have answered "No" to all Defendants in Question No. 1 there are no remaining questions. Please sign the Verdict Form.

**Question No. 2:**

Did the acts or omissions by any of the Defendants cause the Plaintiff injury, harm, loss, or damage?

| Answer: | | |
|---|---|---|
| CHAD RENEGAR | Yes_____ | No ✓ |
| JOEL GONZALEZ | Yes_____ | No ✓ |
| KEVIN PAHEL | Yes_____ | No ✓ |
| MARK BORBA | Yes_____ | No ✓ |
| JAMESON GOTTS | Yes_____ | No ✓ |

If you have answered "Yes" to any Defendant in Question No. 2, proceed to Question No. 3. If you have answered "No" to all Defendants in Question No. 2, there are no remaining questions. Please sign the Verdict Form.

**Question No. 3:**

What is the amount of compensatory damages you award to Plaintiff?

Answer:   $_____

If you have answered "Yes" to any Defendant in Questions No. 1 and No. 2, proceed to Question No. 4. If you have answered "No" to all Defendants in Questions No. 1 and No. 2, there are no remaining questions. Please sign the Verdict Form.

**Question No. 4:**

Do you find that the conduct of any Defendant was malicious, oppressive, or in reckless disregard of Plaintiff's rights, and thereby deserving of punitive damages?

Answer:

| | | |
|---|---|---|
| CHAD RENEGAR | Yes_____ | No_____ |
| JOEL GONZALEZ | Yes_____ | No_____ |
| KEVIN PAHEL | Yes_____ | No_____ |
| MARK BORBA | Yes_____ | No_____ |
| JAMESON GOTTS | Yes_____ | No_____ |

If you have answered "Yes" to any Defendant in Question No. 4, proceed to Question No. 5. If you have answered "No" to all Defendants in Question No. 4, there are no remaining questions. Please sign the Verdict Form.

**Question No. 5:**

In what amounts do you award punitive damages?

Answer:

| | |
|---|---|
| CHAD RENEGAR | $_____ |
| JOEL GONZALEZ | $_____ |
| KEVIN PAHEL | $_____ |
| MARK BORBA | $_____ |
| JAMESON GOTTS | $_____ |

The foreperson should date and 

DATED: 8/16/2023

FOREPERSON