# EXHIBIT "A"

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HOLLOWAY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE, DEPUTY CHAD RENEGAR, individually and as a peace officer, DEPUTY JOEL GONZALEZ, individually and as a peace officer, DEPUTY KEVIN PAHEL, individually and as a peace officer, DEPUTY BRANDON BILLINGER, individually and as a peace officer, DEPUTY MARK BORBA, individually and as a peace officer, DEPUTY JAMESON GOTTS individually and as a peace officer, DEPUTY JUSTIN GUNDERSON, individually and as a peace officer, and DOES 1-10.<br><br>Defendants. | CASE NO. 8:19-cv-01514-DOC-DFM<br><br>**[PROPOSED] JUDGMENT**<br><br>*Trial: July 13, 2023*<br><br>*Complaint Filed: August 6, 2019* |

On May 5, 2021, former Defendant County of Orange was dismissed from this action pursuant to Defendants' Motion for Summary Judgment for <u>Monell</u> liability. Dkt. No. 217.

On May 5, 2021, the Court granted Summary Judgment as to Plaintiff's claim for unreasonable search and seizure, Plaintiff's claim for false arrest, and Plaintiff's claim for excessive force against Deputies Billinger and Gunderson. Dkt. No. 287.

On August 27, 2021 Deputies Billinger and Gunderson were dismissed from this action pursuant to the Court granting their Motion for Judgment as a Matter of Law on the conspiracy charge.

This action came on regularly for trial on July 13, 2023, in Courtroom 10A of the United States District Court, Central District of California, located at 411 West 4th Street, Santa Ana, California, the Hon. David O. Carter presiding. Defendant Deputy Chad Renegar appeared by attorneys Michael L. Wroniak and Christie B. Swiss. Defendant Deputies Kevin Pahel, Joel Gonzalez, Jameson Gotts and Mark Borba appeared by attorneys S. Frank Harrell and Catherine A. Naltsas. A jury of ten persons was regulary impaneled and sworn.

After hearing all of the evidence, the Court duly instructed the jury, and the case was submitted to the jury. On August 16, 2023, the jury returned a unanimous Special Verdict in favor of Defendants Deputies Chad Renegar, Kevin Pahel, Joel Gonzalez, Jameson Gotts and Mark Borba finding that they did not cause any injury, harm, loss or damage to the Plaintiff.

NOW, THEREFORE, **IT IS ORDERED, ADJUDGED AND DECREED** as follows:

That Defendants County of Orange and Deputies Chad Renegar, Kevin Pahel, Joel Gonzalez, Jameson Gotts, Mark Borba, Justin Gunderson and Brandan Billinger have Judgment in their favor, and that Plaintiff Jeremy Holloway take nothing by way of his operative Complaint against these Defendants;

That this matter be, and hereby is, dismissed as to County of Orange and

1 | Deputies Chad Renegar, Kevin Pahel, Joel Gonzalez, Jameson Gotts, Mark Borba, Justin Gunderson and Brandan Billinger with prejudice; and

That Defendants recover their costs of suit from Plaintiff in accordance with applicable law.

**IT IS SO ORDERED**.

DATED:

**HON. DAVID O. CARTER**
United States District Court Judge

4810-5457-7585, v. 1