UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**FILED**
CLERK, U.S. DISTRICT COURT
05/21/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___kdu___ DEPUTY

| | |
|---|---|
| JEREMY HOLLOWAY<br><br>Plaintiff,<br><br>vs.<br><br>CHAD RENEGAR and JAMESON GOTTS<br><br>Defendants. | Case No. 8:19-CV-01514-DOC-DFM<br><br>**SPECIAL VERDICT**<br>REDACTED |

We, the jury in the above-entitled action, render the following findings of fact by this Verdict as to the issues submitted to us.

**Question No. 1:**

Did Deputy Jameson Gotts use excessive force on Plaintiff Jeremy Holloway?

Yes __X__   No _____

**Question No. 2:**

Did Deputy Chad Renegar use excessive force on Plaintiff Jeremy Holloway?

Yes __X__   No _____

If your answer to Question Nos. 1 and 2 is "no," stop your deliberations and answer no further questions. Please have your Foreperson sign and date this Verdict Form.

If your answer to either Question No. 1 or 2 is "yes," please proceed to Question No. 3.

**Question No. 3:**

Did the use of force cause Plaintiff Jeremy Holloway to suffer any damages?

Yes __X__   No ____

If your answer to Question No. 3 is "no," stop your deliberations and answer no further questions. Please have your Foreperson sign and date this Verdict Form.

If your answer to Question No. 3 is "yes," please proceed to Question No. 4.

**Question No. 4:**

What amount of damages do you award to Plaintiff Jeremy Holloway?

$  337,000

Proceed to Question No. 5.

**Question No. 5:**

Is Plaintiff Jeremy Holloway entitled to an award of punitive damages?

Answer:

Deputy Jameson Gotts    Yes __X__    No _____

Deputy Chad Renegar    Yes __X__    No _____

If you have answered "Yes" to any Defendant in Question No. 5, proceed to Question No. 6. If you have answered "No" to all Defendants in Question No. 5, there are no remaining questions. Please sign the Verdict Form.

**Question No. 6:**

In what amounts do you award punitive damages?

Answer:

Deputy Jameson Gotts    $30,000

Deputy Chad Renegar    $45,000

Please have your Foreperson sign and date this Verdict Form.

DATED: 5/21/25

FOREPERSON