**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DISTRICT**

| | |
|---|---|
| JEREMY HOLLOWAY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; DEPUTY CHAD RENEGAR, individually and as a peace officer, DEPUTY JOEL GONZALEZ, individually and as a peace officer. DEPUTY KEVIN PAHEL, individually and as a peace officer, DEPUTY BRANDON BILLINGER, individually and as a peace officer, DEPUTY MARK BORBA, individually and as a peace officer, DEPUTY JAMESON GOTTS, individually and as a peace officer, DEPUTY JUSTIN GUNDERSON, individually and as a peace officer, and DOES 1 through 10, Inclusive<br><br>Defendants. | CASE NO. 8:19-cv-01514-DOC-DFM<br>***Honorable David O. Carter; Courtroom 10A***<br><br>**ORDER GRANTING APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION FOR NEW TRIAL (L.R. 79-5.2.2) [842]**<br><br>**Complaint Filed: August 6, 2019**<br><br>**Trial Date: April 29, 2025** |

*FILE # 23084*

The Court, upon considering the Application of Defendant Chad Renegar requesting that certain documents be filed under seal, and good cause appearing, orders as follows:

The Application to file certain documents under seal is granted. The following documents are permitted to be filed under seal:

- Exhibit 78 A, B, C documents from Criminal Case No 21CF0438;
- Exhibit 79 internal Orange County Sheriff's department documents related to Onwuka jail incident;
- Exhibit 80 internal Orange County Sheriff's department documents related to Luna jail incident;
- Exhibit 243 report of Lt. Martin Ramirez related to Onwuka jail incident.

IT IS SO ORDERED.

DATED: June 23, 2025

By: ______________________________
The Hon. David O. Carter
UNITED STATES DISTRICT JUDGE