**MKRTCHYAN LAW**
Narine Mkrtchyan, Esq. (SBN. 243269)
1010 North Central Avenue, Suite 204
Glendale, CA 91202
Telephone No. (818) 388-7022
Web:   www.narinelaw.com
Email: narine56@msn.com


Attorney for Jeremy Holloway

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA


| | |
|---|---|
| JEREMY HOLLOWAY,<br><br>              Plaintiff,<br><br>      vs.<br><br> DEPUTY CHAD RENEGAR,<br><br>              Defendant | Case No. 8:19-cv-01514-DOC-DFM<br><br>**NOTICE OF LODGING PLAINTIFF'S PROPOSED JUDGMENT ON SPECIAL VERDICTS**<br><br>**HONORABLE DAVID O. CARTER** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLAINTIFF HEREBY IS LODGING THE PROPOSED JUDGMENT ON SPECIAL VERDICTS IN COMPLIANCE WITH COURT'S POST-TRIAL ORDERS


DATED:     July 29, 2025

**MKRTCHYAN LAW**


By: _____/s/Narine Mkrtchyan_____
### NARINE MKRTCHYAN

Attorney for Plaintiff Jeremy Holloway