**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JEREMY HOLLOWAY

           Plaintiff,

   vs.

CHAD RENEGAR

           Defendant

Case No. 8:19-CV-01514-DOC-DFM

**[PROPOSED] AMENDED JUDGMENT ON THE SPECIAL VERDICTS PURSUANT TO COURT'S ORDER IN POST-TRIAL MOTIONS**

---

We, the jury in the above-entitled action, render the following findings of fact by this Verdict as to the issues submitted to us.

**Question No. 2:**

Did Deputy Chad Renegar use excessive force on Plaintiff Jeremy Holloway?

Yes _X____ No _____

If your answer to Question Nos. 1 and 2 is "no," stop your deliberations and answer no further questions. Please have your Foreperson sign and date this Verdict Form.

If your answer to either Question No. 1 or 2 is "yes," please proceed to Question No. 3.

**Question No. 3:**

Did the use of force cause Plaintiff Jeremy Holloway to suffer any damages?

Yes _X____ No _____

If your answer to Question No. 3 is "no," stop your deliberations and answer no further questions. Please have your Foreperson sign and date this Verdict Form.

If your answer to Question No. 3 is "yes," please proceed to Question No. 4.

**Question No. 4:**

What amount of damages do you award to Plaintiff Jeremy Holloway?

**$__337,000_____**

Proceed to Question No. 5.

**Question No. 5:**

Is Plaintiff Jeremy Holloway entitled to an award of punitive damages?

Answer:

Deputy Chad Renegar     Yes_X_____ No_____

If you have answered "Yes" to any Defendant in Question No. 5, proceed to Question No. 6. If you have answered "No" to all Defendants in Question No. 5, there are no remaining questions. Please sign the Verdict Form.

**Question No. 6:**

In what amounts do you award punitive damages?

Answer:

Deputy Chad Renegar     _**$45,000**__

Please have your Foreperson sign and date this Verdict Form.

DATED: 5/21/2025

SIGNED_____

JURY FOREPERSON

THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. That final judgment, pursuant to Federal Rules of Civil Procedure, Rule 54, be entered in favor of Plaintiff JEREMY HOLLOWAY on his Fourth Amendment claim for excessive force brought against Defendant CHAD RENEGAR

2. That Plaintiff JEREMY HOLLOWAY take damages pursuant to the jury's verdict; and

3. That Plaintiff JEREMY HOLLOWAY recover his costs of suit and attorneys' fees.

IT IS SO ORDERED.

Dated:

HONORABLE DAVID CARTER

United States District Judge

Central District of California