# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Jeremy Holloway

Name(s) of counsel (if any):

Narine Mkrtchyan

Address: 655 N. Central Ave, Suite 1700 Glendale, CA 91203

Telephone number(s): 8183887022

Email(s): narine56@msn.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Orange County, Chad Renegar, Joel Gonzalez, Kevin Pahel, Mark Borba, Jameson Gotts, Justin Gunderson, Brenden Billinger

Name(s) of counsel (if any):

Lynberg&Watkins; Collins & Collins

Address: 1100 W. Town & Country Rd, Suite 1450 Orange, CA 92868

Telephone number(s): 714 937 1010

Email(s): sharrell@lynberg.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *1*                            *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *2*                              *New 12/01/2018*