Name _James C. Jardin, Collins + Collins LLP_

Address _750 The City Drive, Suite 400_

City, State, Zip _Orange, CA 92868_

Phone _(714) 823-4100_

Fax _(714) 823-4101_

E-Mail _jjardin@ccllp.law, mwroniak@ccllp.law, cswiss@ccllp.law_

☐ FPD    ☐ Appointed    ☐ CJA    ☐ Pro Per    ☒ Retained

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JEREMY HOLLOWAY

PLAINTIFF(S),

v.

COUNTY OF ORANGE, ET AL.

DEFENDANT(S).

CASE NUMBER:

8:19-cv-01514-DOC-DFM

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____CHAD RENEGAR_____ hereby appeals to
*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

### Criminal Matter

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

### Civil Matter

☒ Order (specify):

Dkt. 902 (10/14/25); Dkt. 881 (7/24/25)

☒ Judgment (specify):

Dkt. 882 (7/29/2025)

☐ Other (specify):

Imposed or Filed on _____. Entered on the docket in this action on _10/14/25, 7/29/25, 7/24/25_ .

A copy of said judgment or order is attached hereto.

_November 12, 2025_

Date

_/S/ James C. Jardin_

Signature
☐ Appellant/ProSe    ☒ Counsel for Appellant    ☐ Deputy Clerk

**Note:**    The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

**PROOF OF SERVICE**

**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California,      )
                          )  ss.
County of San Diego.      )

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 2011 Palomar Airport Road, Suite 207, Carlsbad, California 92011.

On this date, I served the foregoing document described as **NOTICE OF APPEAL** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Carlsbad, California to be served on the parties as indicated on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Carlsbad, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Carlsbad, California.

☐ **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached Service on: 11/12/2025

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number (760) 274-2111 indicated all pages were transmitted.

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on **November 12, 2025** at Carlsbad, California.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Patrice Porter

**COLLINS + COLLINS** LLP
750 The City Drive, Ste 400
Orange, CA 92868-4940
Phone (714) 823-4100
Fax (714) 823-4101

FILE #23084

1

**Proof of Service**

**SERVICE LIST**
**Case Name: Holloway v. County of Orange, et al.**
**Case Number: 8:19-cv-01514-DOC-DFM**
**CCMS: 23084**

Narine Mkrtchyan
655 North Central Avenue Suite 1700
Glendale CA, CA 91203
**Mailing Address:**
10063 Riverside Dr #2288
Toluca Lake, CA 91602
Tel: 818-388-7022
Email: narine56@msn.com
**ATTORNEYS FOR PLAINTIFF JEREMY HOLLOWAY**

S. Frank Harrell
Tamara M. Heathcote
Lynberg and Watkins APC
1100 West Town and Country Road Suite 1450
Orange, CA 92868
714-937-1010
Fax: 714-937-1003
sharrell@lynberg.com
cnaltsas@lynberg.com
theathcote@lynberg.com
**ATTORNEY FOR County of Orange, Deputy Joel Gonzalez, Deputy Kevin Pahel, Deputy Brandon Billinger, Deputy Mark Borba, Deputy Jameson Gotts, Deputy Justin Gunderson**

**COLLINS + COLLINS** LLP
750 The City Drive, Ste 400
Orange, CA  92868-4940
Phone   (714) 823-4100
Fax      (714) 823-4101

*FILE #23084*

2

**Proof of Service**