### UNITED STATES COURT OF APPEALS
### FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form:* *http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

CHAD RENEGAR

Name(s) of counsel (if any):

Michael L. Wroniak, Christie B. Swiss, James C. Jardin
Collins + Collins LLP

Address: 750 The City Drive, Suite 400, Orange, CA  92868

Telephone number(s): (714) 823-4100

Email(s): mwroniak@ccllp.law, cswiss@ccllp.law, jjardin@ccllp.law

Is counsel registered for Electronic Filing in the 9th Circuit?   ⊙ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

JEREMY HOLLOWAY

Name(s) of counsel (if any):

Narine Mkrtchyan

Address: 655 N. Central Ave, Suite 1700, Glendale, CA 91203

Telephone number(s): (818) 388-7022

Email(s): narine56@msn.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              *1*                              *New 12/01/2018*