**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES – GENERAL</u>**

Case No. 8:19-cv-01514-DOC-DFM                                      Date: January 22, 2026

Title: Jeremy Holloway v. County of Orange et al

---

PRESENT: THE HONORABLE DAVID O. CARTER, JUDGE

| Priscilla Deason <u>for Karlen Dubon</u> Courtroom Clerk | Not Present Court Reporter |
|---|---|
| ATTORNEYS PRESENT FOR PLAINTIFF: None Present | ATTORNEYS PRESENT FOR DEFENDANT: None Present |

---

**PROCEEDINGS (IN CHAMBERS):** **ORDER DENYING DEFENDANTS' MOTION TO INCREASE PAGE LIMIT [935] AND DENYING PLAINTIFF'S EX PARTE APPLICATION FOR CONTINUANCE [937] AND ADVANCING HEARING**

Defendants' Motion to Increase Page Limits (Dkt. 935) is **DENIED**. Because of Defendants' exceedance of the page limit in their Motion for Monetary Sanctions and Ancillary Relief ("Sanctions Motion") (Dkt. 936), their forthcoming Reply brief to this Motion shall be limited to FIVE (5) pages, and Plaintiff's forthcoming Opposition brief shall have no applicable page limit.

Plaintiff's Ex Parte Application for Continuance (Dkt. 937) is also **DENIED**. Instead, the Court **ADVANCES** the hearing for Defendants' Sanctions Motion (Dkt. 936) from the previously set date of February 23, 2026 to <u>February 9, 2026 at 8:30 a.m. before Judge David O. Carter</u>. The Court also sets an expedited briefing schedule for the Sanctions Motion. Plaintiff's Opposition brief shall be filed no later January 30, 2026, and Defendants' Reply brief shall be filed no later than February 3, 2026.

The Clerk shall serve this minute order on the parties.

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:19-cv-01514-DOC-DFM	Date: January 22, 2026

Page 2

MINUTES FORM 11	Initials of Deputy Clerk: pd/kdu

CIVIL-GEN