**Michael L. Wroniak (State Bar No. 210347)**
**Christie B. Swiss (State Bar No. 245151)**
**James C. Jardin (State Bar No. 187482)**
**COLLINS + COLLINS LLP**
**750 The City Drive, Suite 400**
**Orange, CA 92868**
**(714) 823-4100 – FAX (714) 823-4101**
**Email: mwroniak@ccllp.law**
**Email: cswiss@ccllp.law**
**Email: jjardin@ccllp.law**

Attorneys for Defendant
DEPUTY CHAD RENEGAR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DISTRICT

| | |
|---|---|
| JEREMY HOLLOWAY,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE; DEPUTY CHAD RENEGAR, individually and as a peace officer, DEPUTY JOEL GONZALEZ, individually and as a peace officer. DEPUTY KEVIN PAHEL, individually and as a peace officer, DEPUTY BRANDON BILLINGER, individually and as a peace officer, DEPUTY MARK BORBA, individually and as a peace officer, DEPUTY JAMESON GOTTS, individually and as a peace officer, DEPUTY JUSTIN GUNDERSON, individually and as a peace officer, and DOES 1 through 10, Inclusive<br><br>Defendants. | CASE NO. 8:19-cv-01514-DOC-DFM<br>*Honorable David O. Carter; Courtroom 10A*<br><br>**DECLARATION OF JAMES C. JARDIN IN SUPPORT OF RESPONSE TO WRIT OF EXECUTION AND REQUEST FOR STAY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62**<br><br>**[Filed concurrently with Response to Writ of Execution and Request for Stay Pursuant to Federal Rule of Civil Procedure 62]**<br><br>**Complaint Filed: August 6, 2019**<br><br>**Trial Date: April 29, 2025** |

*FILE # 23084*

1

**JARDIN DECL. ISO RESPONSE AND REQUEST FOR STAY (FRCP 62)**

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868
Phone (714) 823-4100
Fax (714) 823-4101

I, James C. Jardin, hereby declare as follows:

1.     I am an attorney admitted to practice before all the courts of the State of California and the Central District of California. I am a partner with the law firm of Collins + Collins LLP, counsel of record for Defendant Deputy Chad Renegar ("Deputy Renegar") in this matter. I have personal knowledge of the facts stated herein, except as to those matters that I state upon information and belief, and as to those matters I believe them to be true. If called upon to testify I could and would competently do so. This Declaration is made in support of Defendant Chad Renegar's Response to Writ of Execution and Request for Stay Pursuant to Federal Rule of Civil Procedure 62.

2.     The County of Orange ("County") and Deputy Renegar have obtained and continue to maintain a irrevocable letter of credit ("ILOC") from Wells Fargo Bank in the amount of **$1,996,635.24**, which is 1.5 times the amount of the Judgment in this matter: $337,000 + $45,000 + 848,754.30 + $100,435.86 = $1,331,190.16 x 1.5 = $1,996,785.24). A true and correct copy of the ILOC is attached hereto as Exhibit A.

3.     Despite best efforts, Wells Fargo Bank and Brunswick Companies failed to resolve their differences regarding Wells Fargo's form of ILOC.

4.     Nonetheless, the County and Deputy Renegar have maintained the ILOC in place and continue to do so as ordered by this Court.

5.     Regardless, the County maintains sufficient resources to satisfy the full amount of the Judgment as well as any surplus amount up to and including the full amount of the ILOC.

6.     Attached hereto as Exhibit B is a true and correct copy of the narrative portion of the County's Fiscal Year 2024-2025 Annual Comprehensive Financial Report ("2025 ACRF"). The full document is omitted due to size but can be obtained in full from the County's website at https://ocauditor.gov/reports/acfrreports/

7.     The 2025 ACRF confirms that, as of June 30, 2025, the County's combined net position from both governmental and business activities totals $7,563,914,000, far in excess of the Judgment in place. See Exhibit B, pp. 23, 25.

*FILE # 23084*

**JARDIN DECL. ISO RESPONSE AND REQUEST FOR STAY (FRCP 62)**

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA  92868
Phone  (714) 823-4100
Fax     (714) 823-4101

8. Prior to Plaintiff's personal service of the Writ of Execution, Plaintiff made no attempt to contact County to inquire regarding enforcement or regarding the status of security.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and corect.

Executed this 6th day of July, 2026, at Orange, California.

_____
JAMES C. JARDIN

FILE # 23084

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868
Phone (714) 823-4100
Fax (714) 823-4101

3

**JARDIN DECL. ISO RESPONSE AND REQUEST FOR STAY (FRCP 62)**

# EXHIBIT A



Wells Fargo Bank, N.A.
U.S. Standby Trade Operations
1525 W W.T. Harris Blvd., CIC-3C2
MAC D1109-012
Charlotte, NC 28262
Phone: 1 (800) 776-3862, Option 2
E-Mail: StandbyCustomerCare@wellsfargo.com

## Irrevocable Standby Letter Of Credit

**Number:** IS000595887U
**Issue Date:** February 18, 2026

| BENEFICIARY | APPLICANT |
|---|---|
| JEREMY HOLLOWAY, C/O NARINE MKRTCHYAN, MKRTCHYAN LAW 665 N. CENTRAL AVE., SUITE 1700 GLENDALE, CALIFORNIA   91203 | COUNTY OF ORANGE 400 W. CIVIC CENTER DRIVE, SANTA ANA, CALIFORNIA   92701 |

APPLICANT

CHAD RENEGAR
C/O MICHAEL WRONIAK, COLLINS, COLLINS LLP
750 THE CITY DRIVE, SUITE 400
ORANGE, CALIFORNIA   92868

| LETTER OF CREDIT ISSUE AMOUNT | USD  1,996,635.24 | EXPIRY DATE  FEBRUARY 18, 2027 |
|---|---|---|

LADIES AND GENTLEMEN:

WE HEREBY ESTABLISH OUR IRREVOCABLE LETTER OF CREDIT IN YOUR FAVOR AND AUTHORIZE YOU TO DRAW ON US, UP TO THE AGGREGATE AMOUNT OF $1,996,635.24, AND WE ENGAGE WITH YOU THAT ALL DRAFTS DRAWN UNDER AND IN COMPLIANCE WITH THE TERMS OF THIS CREDIT WILL BE FULLY AND PROMPTLY HONORED BY US IF PRESENTED AT THIS OFFICE ON OR BEFORE FEBRUARY 18, 2027, OR ANY EXTENDED DATE PROVIDED ALONG WITH THE ORIGINAL OF THIS STANDBY LETTER OF CREDIT AND ITS AMENDMENTS THERETO WHICH WILL BE RETURNED TO YOU IN CASE OF NON-COMPLYING DEMAND OR AFTER ANY PARTIAL DEMAND ENDORSING THE SAME:

1. THIS LETTER OF CREDIT SHALL BE AUTOMATICALLY EXTENDED FOR ADDITIONAL PERIODS OF ONE YEAR FROM THE PRESENT OR EACH FUTURE EXPIRATION DATE UNLESS WE HAVE NOTIFIED YOU IN WRITING, NOT LESS THAN SIXTY (60) DAYS BEFORE SUCH DATE, THAT WE ELECT NOT TO RENEW EXTEND THIS LETTER OF CREDIT. OUR NOTICE OF SUCH ELECTION SHALL BE SENT BY RECEIPTED OVERNIGHT COURIER TO THE ABOVE ADDRESS, ATTENTION "TREASURY DEPARTMENT".

2. ANY DRAFT(S) DRAWN BY YOU UNDER THIS LETTER OF CREDIT SHALL BE ACCOMPANIED BY YOUR WRITTEN CERTIFICATION THAT YOU, AS SURETY, HAVE DETERMINED THAT EITHER OF THE FOLLOWING ALTERNATIVES EXISTS: (A) CLAIM(S) HAVE BEEN OR MAY BE MADE THEREUNDER AND THAT IN YOUR SOLE JUDGMENT AS SURETY THE FUNDS REPRESENTED BY YOUR DRAFT(S) ARE REQUIRED FOR YOUR PROTECTION AND FOR THE PROTECTION OF YOUR CO-SURETY(IES) AND REINSURER(S) IF ANY; (B) OUR NOTICE OF ELECTION NOT TO RENEW HAS BEEN RECEIVED AND THAT YOU HAVE NOT BEEN RELEASED FROM LIABILITY AND THE PROCEEDS OF YOUR DRAFT(S) WILL BE HELD BY YOU AS COLLATERAL AGAINST LOSS, COST OR EXPENSE INCLUDING SATISFACTION OF ANY AND ALL UNPAID PREMIUM(S) THEREUNDER.

Each page of this document is an integral part
of this Irrevocable Standby Letter of Credit Number **IS000595887U**



Wells Fargo Bank, N.A.
U.S. Standby Trade Operations
1525 W W.T. Harris Blvd., CIC-3C2
MAC D1109-012
Charlotte, NC 28262
Phone: 1 (800) 776-3862, Option 2
E-Mail: StandbyCustomerCare@wellsfargo.com

3. PARTIAL DRAWS ON THIS LETTER OF CREDIT ARE PERMITTED. OUR OBLIGATION UNDER THIS LETTER OF CREDIT IS OUR INDIVIDUAL OBLIGATION, IN NO WAY CONTINGENT UPON REIMBURSEMENT WITH RESPECT THERETO, OR UPON OUR ABILITY TO PERFECT ANY LIEN OR SECURITY INTEREST.

4. WE HEREBY REPRESENT AND AFFIRM THAT THE EXECUTION OF THIS LETTER OF CREDIT WILL NOT CONSTITUTE A VIOLATION OF ANY LAW OR REGULATION WHICH MAY LIMIT THE AMOUNT OF CREDIT WHICH CAN BE EXTENDED BY THIS BANK TO ANY SINGLE BORROWER OR CUSTOMER.

5. YOUR ACCEPTANCE OF THIS CREDIT WILL CONSTITUTE YOUR AGREEMENT TO REPAY TO US FUNDS PAID TO YOU HEREUNDER TO THE EXTENT THAT SUCH FUNDS EXCEED THE TOTAL OF YOUR LOSS, COST AND EXPENSE (INCLUDING UNPAID PREMIUM(S) UNDER THE MENTIONED BOND(S), UNDERTAKING(S), AGREEMENT(S), OR INSTRUMENT(S)).

6. UNLESS OTHERWISE EXPRESSLY STATED, THIS CREDIT IS SUBJECT TO THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDITS, 2007 REVISION, INTERNATIONAL CHAMBER OF COMMERCE PUBLICATION NO. 600.

Very Truly Yours,

**WELLS FARGO BANK, N.A.**

By: _____
            *Authorized Signature*

***The original of the Letter of Credit contains an embossed seal over the Authorized Signature.***

Please direct any written correspondence or inquiries regarding this Letter of Credit, always quoting our reference number, to **Wells Fargo Bank, National Association,** Attn: U.S. Standby Trade Services

*at*   1525 W W.T. Harris Blvd., CIC-3C2
        MAC D1109-012
        Charlotte, NC 28262

---

Phone inquiries regarding this credit should be directed to our Standby Customer Connection Professionals

1-800-776-3862 Option 2
(Hours of Operation:  8:00 a.m. ET to 5:00 p.m. PT)

---

Each page of this multipage document is an integral part
of this Irrevocable Standby Letter of Credit Number **IS000595887U**

# EXHIBIT B



**AUDITOR-CONTROLLER
COUNTY OF ORANGE**

1770 N. BROADWAY
POST OFFICE BOX 567
SANTA ANA, CALIFORNIA 92706

(714) 834-2450    FAX: (714) 834-2569

ocauditor.gov



**COUNTY EXECUTIVE OFFICE
COUNTY OF ORANGE**

COUNTY ADMINISTRATION NORTH
400 CIVIC CENTER DRIVE
SANTA ANA, CALIFORNIA 92701

(714) 834-2345    FAX: (714) 834-3018

www.ocgov.com

**December 18, 2025**

Members of the Board of Supervisors and Citizens of Orange County:

The Annual Comprehensive Financial Report (ACFR) of the County of Orange (County), State of California, for the year ended June 30, 2025, is hereby submitted in accordance with the provisions of Sections 25250 and 25253 of the Government Code of the State of California (CGC). The report contains financial statements that have been prepared in conformity with United States generally accepted accounting principles (GAAP) prescribed for governmental entities. Responsibility for both the accuracy of the data and the completeness and fairness of the presentation, including all disclosures, rests with the County. A comprehensive framework of internal controls has been designed and established to provide reasonable assurance that the enclosed data is accurate in all material respects and is reported in a manner designed to present fairly the financial position and changes in financial position of County Funds. Because the cost of internal controls should not outweigh their benefits, the County's comprehensive framework of internal controls has been designed to provide reasonable, rather than absolute, assurance that the financial statements will be free from material misstatements.

The ACFR has been audited by the independent certified public accounting firm of Eide Bailly LLP. The goal of the independent audit was to provide reasonable assurance about whether the basic financial statements of the County for the year ended June 30, 2025, are free of material misstatement. The independent certified public accounting firm has issued an unmodified (clean) opinion on the County's basic financial statements as of and for the year ended June 30, 2025. The independent auditor's report is located at the front of the financial section of this report.

This letter of transmittal is designed to complement and should be read in conjunction with Management's Discussion and Analysis (MD&A) that immediately follows the independent auditor's report. MD&A provides a narrative introduction, overview, and analysis of the basic financial statements.

**PROFILE OF THE GOVERNMENT**

The County, incorporated in 1889 and located in the southern part of the State of California, is one of the major metropolitan areas in the state and nation. The County occupies a land area of 798 square miles with a coastline of 42 miles serving a population of over 3 million. It represents the third most populous county in the state and ranks sixth in the nation.

The County was incorporated as a general law County and converted to a charter county on March 5, 2002, with voter approval. In November 2008, voters approved Measure J, which added Article III, Section 301 to the Charter of Orange County requiring voter approval for increases in future retirement system benefits of any employee, legislative officer, or elected official of the County in the Orange County Employees Retirement System (OCERS) or any successor retirement system, with the exception of statutorily-established cost of living adjustments, salary increases, and annual leave, vacation, or compensatory time cash-outs. In June 2012, voters approved Measure B, which requires that any Orange County Supervisors elected on or after June 5, 2012 can enroll only in the minimum pension option, i.e., the least lucrative pension plan, offered to Orange County employees. At present, the minimum pension plan is a 1.62% at 65 pension plan. In June 2016, voters approved Measure B, which requires the County Auditor-Controller to review any Countywide measure placed on the ballot and prepare a fiscal impact statement.

1

The County is governed by a five-member Board of Supervisors (Board), who each serve four-year terms, and annually elect a Chair and Vice-Chair. The Supervisors represent districts that are each approximately equal in population. The district boundaries were revised effective January 6, 2022, incorporating the results of the 2020 census. A County Executive Officer (CEO) oversees 15 County departments, and elected officials serving as department heads oversee six County departments. The Supervisorial Districts map below shows the boundaries of Orange County and the areas governed by each member of the Board.

# BOARD OF SUPERVISORS DISTRICT MAP

(As of July 14, 2025)



## SUPERVISORIAL DISTRICT

- 1. JANET NGUYEN
- 2. VICENTE SARMIENTO
- 3. DONALD P. WAGNER
- 4. DOUGLASS CHAFFEE
- 5. KATRINA FOLEY

County of Orange
Annual Comprehensive Financial Report
For the Year Ended June 30, 2025
(Dollar Amounts in Thousands)

The County provides a full range of services Countywide, for the unincorporated areas, and contracted services for cities. These services are outlined in the following table:

| Countywide Services | |
|---|---|
| Affordable Housing (Housing Authority) | Veterans Services |
| Agricultural Commissioner | Indigent Medical Services |
| Airport | Jails & Juvenile Facilities |
| Child Protection & Social Services | Juvenile Justice Commission |
| Child Support Services | Landfills & Solid Waste Disposal |
| Clerk-Recorder | Law Enforcement |
| Coroner & Forensic Services | Probationary Supervision |
| District Attorney/Public Administrator | Public Assistance |
| Elections & Voter Registration | Public Defender/ Alternate Defense |
| Environmental/Regulatory Health | Public & Behavioral Health |
| Flood Control & Transportation | Senior Services |
| OC Parks | Collection & Appeals |
| Disaster Preparedness | Weights & Measures |
| Grand Jury | Public Guardian |
| Property Tax Assessment, Apportionment/Billing, Collection & Receipt | |

| Unincorporated Area Services | |
|---|---|
| Animal Care & Control | Libraries |
| Flood Control | Parks |
| Land Use | Waste Disposal Collection |
| Law Enforcement | |

| Contracted Services for Cities | |
|---|---|
| Animal Care & Control | Libraries |
| Law Enforcement | Public Works & Engineering |
| Utility Billing and Check Remittance Processing | |

Sources: County departments

In addition to these services, the County is also financially accountable for the reporting of component units, which can be either blended or discretely presented. Blended component units, although legally separate entities, are, in substance, part of the County's operations and, therefore, data from these component units is combined with data of the County. The County has two discretely presented component units, the Children and Families Commission of Orange County (CFCOC) and CalOptima Health, which require discrete presentation in the government-wide financial statements. The County has two fiduciary component units: OCERS and the Orange County Housing Finance Trust (OCHFT). The following entities are presented as blended component units in the basic financial statements for the year ended June 30, 2025: Orange County Flood Control District (OCFCD), Orange County Housing Authority, South Orange County Public Financing Authority, Capital Facilities Development Corporation, Orange County Public Facilities Corporation, County Service Areas, Special Assessment Districts, Community Facility Districts, and In-Home Supportive Services Public Authority. Additional information on these entities can be found in Note 1, Summary of Significant Accounting Policies, in the Notes to the Basic Financial Statements Section.

The County maintains budgetary controls to ensure compliance with legal provisions embodied in the annual appropriated budget approved by the Board. Activities of the General Fund and most of the Special Revenue, Debt Service, Capital Projects and Permanent Funds are included in the annual appropriated budget. The County did not legally adopt annual budgets for the Capital Facilities Development Corporation Fund and South OC Public Financing Authority Fund. The legal level of budgetary control (that level which cannot be exceeded without action by the Board) is established at the fund/department/budget control levels. In multi-department funds, each budget control unit represents a department or agency, such as Health Care Agency or Sheriff-Coroner. For all other funds, the fund and budget control are structurally the same. Budget-to-actual comparisons are provided in this report for each

Governmental Fund for which an appropriated annual budget has been adopted. The Budgetary Comparison Statements for the General Fund and major Special Revenue Funds are part of the Basic Financial Statements. The Budgetary Comparison Schedules for the nonmajor Governmental Funds with appropriated annual budgets are presented in the Supplemental Information Section for Governmental Funds. The County also maintains an encumbrance accounting system as one technique of accomplishing budgetary control. Encumbered appropriations do not lapse at year-end; outstanding encumbrances are carried forward. Additional information on the budgetary process can be found in Note 1, Summary of Significant Accounting Policies, in the Notes to the Basic Financial Statements Section.

The County's eGovernment website portal at http://www.ocgov.com provides online services and extensive information about County government to Orange County residents, businesses, partners, and visitors. The County's website provides information and online services to the public 24/7. It includes information about the Board, County job listings, purchasing bid solicitations, assessment appeals, links to court information and local court rules, voter information, County permits and forms, public safety, health and human services programs and financial information. The site also provides several online services, including live and archived Board meeting videos, the ability to order birth, death and marriage certificates, search fictitious business names, find polling locations and election results, how to license pets, pay property taxes and subscribe to receive emergency alerts. The County continuously strives to improve a constituent's ability to conduct business online with the County.

## FACTORS AFFECTING ECONOMIC CONDITION

### Local Economy

Two indicators of the County economy are: how well the local economy performs relative to surrounding counties, the State, and the Nation and its own historical trends. This section provides data for various indicators that summarize the current and projected outlook of the County's economy.

Due to recent changes in the federal administration, economists express uncertainty related to trade, fiscal policy and geopolitical risk. The economic impacts of trade and tariff policies are forecasted to slightly weaken the labor market and Gross Domestic Product (GDP) in 2025. As the economy adjusts to the implemented policies, productivity growth is expected to rebound by 2027.

The County's unemployment rate continues to be lower than surrounding Southern California counties  and the State (see Table 1).

According to the California Department of Finance, inflation, as measured by the Consumer Price Index (CPI), is expected to be 3.2% for Orange County, higher than both the State and U.S. at 3.0% and 2.8%, respectively, in FY 2024-25 (see Table 2).

**Table 1: Unemployment Rate Comparison**

| Primary Government Entity | July 2025 Unemployment Rate |
|---|---|
| United States | 4.2% |
| California | 6.1% |
| Los Angeles County | 6.4% |
| Riverside County | 6.5% |
| San Bernardino County | 6.2% |
| San Diego County | 5.2% |
| **Orange County** | **4.8%** |

Sources:  State of California, Employment Development Department
California Department of Finance, 2025

**Table 2: 2025 – Projected Increase of the CPI**

| United States | California | Orange County |
|---|---|---|
| 2.8% | 3.0% | 3.2% |

Sources:  State of California, Employment Development Department
California Department of Finance, 2025

County of Orange
Annual Comprehensive Financial Report
For the Year Ended June 30, 2025
(Dollar Amounts in Thousands)

According to the Department of Housing and Urban Development, the County's median family income is expected to be $136,600 (absolute dollars) in 2025, compared to $129,000 (absolute dollars) in 2024. The median family income in the County continues to exceed all surrounding Southern California counties, the State, and the Nation (see Table 3).

According to the California Association of Realtors, the median home sales price for existing single-family homes in Orange County was $1,400,000 (absolute dollars) in July 2025, representing a 0.7% increase from July 2024. The median sales price in Orange County continues to exceed all surrounding counties (see Table 4).

### Table 3: Median Family Income Comparison

| Primary Government Entity | Median Family Income (absolute dollars) |
|---|---|
| United States | $104,200 |
| California | $118,100 |
| **Orange County** | **$136,600** |
| San Diego County | $130,800 |
| Los Angeles County | $106,600 |
| Riverside County | $103,900 |

Sources: U.S. Department of Housing and Urban Development, 2025

### Table 4: Median Home Sales Price Comparison- existing single-family homes only Southern California Counties

| Primary Government Entity | Median Home Sales Price Change increase (decrease) | Median Home Sales Price (absolute dollars) |
|---|---|---|
| **Orange County** | **0.7%** | **$1,400,000** |
| San Diego County | 2.0% | $1,040,000 |
| Los Angeles County | 0.3% | $911,360 |
| Riverside County | (1.5%) | $630,000 |
| San Bernardino County | (2.2%) | $486,290 |

Source: California Association of Realtors, July 2025

### Comparisons of Inflation and Median Family Income



Sources: U.S. Department of Housing and Urban Development, 2025
California Department of Finance, 2025

Table 5 shows various internal indicators reflecting a slight decline in the County's economy. The unemployment rate increased from 4.4% in July 2024 to 4.8% in July 2025. According to the April 2025 UCLA Anderson Orange County Regional Economic Outlook, job growth is expected to increase  by 0.6% in 2025; median home sales price for existing single-family detached homes are forecasted to increase by 3.5% in 2025, lower than the 4.6% increase experienced in 2024; and according to the December 2024 Chapman University Economic & Business Review, sales tax receipts are forecasted to increase by 0.2% in 2025. In summary, the economy in Orange County is forecasted to show a modest slowdown.

**Table 5: Orange County Historical Data**

| Historical Indicators | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|
| Unemployment Rates | 6.4% | 3.2% | 3.6% | 4.4% | 4.8% |
| Annual Job Growth Rates | 3.6% | 5.3% | 1.4% | 1.4% | 0.6% |
| Annual CPI Inflation | 2.0% | 6.5% | 5.7% | 3.2% | 3.2% |
| Median Home Sales Price Change | 16.4% | 12.5% | (8.8%) | 4.6% | 3.5% |
| Annual Change in Sales Tax Receipts | 22.6% | 12.1% | 3.0% | (2.8%) | 0.2% |

Data in Table 5 for prior years may be different from previous ACFR due to timing. Data for 2025 is preliminary or based on forecasted data.

**Orange County Historical Data Comparison**
**(Shown as a year-to-year percentage increase/decrease)**



Sources:  State of California, Employment Development Department
Economic & Business Review, Chapman University, December 2024
California Association of Realtors,
UCLA Anderson Forecast, April 2025

## Long-Term Financial Planning

Strategic Financial Plan (SFP): An annual financial planning process that is a key component of the County's commitment to fiscal responsibility, accountability, and efficiency. This framework enables the Board to make annual funding decisions within the context of a comprehensive, long-term perspective. The plan includes Countywide initiatives and projections of County general purpose revenues, departmental projections of operating costs, revenues, capital and information technology needs for current programs and services and anticipated caseload changes. New programs, services and capital projects are identified and prioritized on a Countywide basis with financial impacts identified over the plan period. The plan covers a five-year period and includes a ten-year analysis of operating costs in cases where new programs and facilities are assessed to ensure the ability to pay for long-term operational costs.

The 2025 SFP was presented to the Board on December 16, 2025. The 2025 SFP is the foundation in planning for continued financial stability and is augmented by the monitoring and establishment of budgetary control via the budget

reporting process and adoption of the Annual Budget. The five-year SFP projections indicate that General Purpose Revenue growth will be minimal in the first year, followed by steady average growth for the remaining years. The low growth rate for revenue, coupled with the increasing cost of doing business, will require the County to carefully manage programs and service levels. The County continues to believe that sustained job growth and reduced unemployment are the key indicators for economic growth.

In order to address identified budget issues and prepare for the continued uncertainty of the general and local economy, the following represent some of the actions taken or identified as options for early planning. Early action is critical to ensure baseline services are met and that the County continues to experience financial stability.

- The SFP does not provide an increase in Net County Cost for the five years presented, FY 2026-27 through FY 2030-31. General Purpose Revenue growth will be strategically allocated through the budget process consistent with the priorities identified in the SFP
- A continuation of the policy to not backfill State budget reductions
- Internal financing program to support major capital and information technology projects
- Maintenance of prudent levels of General Fund Target and Contingency Reserves

The County's long-term financial planning focuses on the current and anticipated uses of County resources in order to maintain or expand operations, address legislative impacts, and implement countywide initiatives. Major initiatives continue to focus around the various systems of care provided in the County, such as OC Cares, addressing homelessness and affordable housing, and addressing infrastructure and sustainability initiatives.

OC Cares: A countywide initiative that links five systems of care in the County (Behavioral Health, Healthcare, Community Corrections, Housing and Benefits and Support Services) to provide full care coordination and services for individuals to address immediate and underlying issues and work towards self-sufficiency. As part of the Housing system of care, as of June 30, 2025, a total of 3,077 supportive and affordable housing units have been completed or are in the current pipeline. The goal of OC Cares is to ensure services are provided in an efficient, cost-effective manner without duplication of services. County departments continue to work collaboratively to remove barriers to accessing assistance programs especially for individuals upon release from custody to ensure continuity of treatment and services. The 2025 Vision for the OC Cares initiative is on target to be substantially completed by December 31, 2025.

Master Plan for Aging (OC MPA): Under the OC Cares banner, the OC MPA is a five-year plan complementing California's Master Plan for Aging's five bold goals. The OC MPA was released in August 2025 and was developed through the collaboration and input of the Board, County staff, and advisory committees in support of the County's commitment to the aging population within the County. In preparation for the development of the OC MPA, the County conducted the OC Older Adult Needs Assessment surveys which gathered feedback and experiences from older adults who reside in the County and their caregivers or paid providers.  The OC MPA outlines three priority initiatives, designed to drive meaningful, sustainable change at the local level: (1) Housing Security, (2) Public Information and Resource Campaign, and (3) Enhanced Care Coordination. The County will oversee the implementation of the three initiatives within OC MPA and will be responsible for coordinating activities, monitoring progress and securing consistent funding through the SFP.

Orange County Civic Center Facilities Master Plan: The County continues its commitment to the Civic Center Facilities Strategic Plan (Master Plan). The Master Plan includes several phases of development with the first phase completed in August 2022 which focused on the general government administration buildings, County Administration South (CAS) and North (CAN), in the center of the Civic Center area.

Subsequent phases are in the planning stage and will continue to address improving the delivery of county services to the community by grouping similar and related services together as well as optimize the use of space, reduce operating costs, and address an aging real estate portfolio with deferred maintenance costs.

Additional phases are planned to be implemented over the next 15 years and include eight county-owned buildings around the Civic Center Area as well as provide opportunities to develop multi-family residential housing and commercial uses.

OC Builds: The County continues to assess and prioritize critical infrastructure such as bridges, roads, and flood control channels to ensure the safety and efficient transportation of Orange County residents. Additionally, the County maintains and annually updates a 10-year Facilities Master Plan that outlines all facility and infrastructure projects currently in progress and completed.  Furthermore, enhancements to John Wayne Airport's infrastructure, including significant investments in reconstructing taxiways, upgrades to terminal power generation and distribution systems, improvements to vertical conveyance systems, and modernization of the common-use passenger processing system, are underway to ensure a world-class airport experience that is safe and facilitates efficient travel. Similarly, the County continues to invest in its technological infrastructure to modernize systems with an emphasis on innovation, mobility, and a focus on strengthening system and cybersecurity.

Enterprise Resource Planning Transformation and Modernization Project (ERP): A multi-year project that will allow the County to replace its existing legacy ERP of over 30 years with an integrated cloud-based ERP system that will increase operational automation and efficiency, improve collaboration, streamline business processes, strengthen security and workflow, enhance internal controls, and maximize the latest technological innovations. It will also consolidate 20 separate systems such as timekeeping, budget, requisitioning, and employee reimbursement into one integrated solution that will allow for better visibility and transparency of the various business processes flowing from the integrated ERP system. Data will be centralized across the various departments which will enhance interdepartmental communication and workflow between departments collaborating on countywide initiatives.

Environmental Sustainability: Various efforts aimed towards environmental sustainability and green technologies are underway and being compiled in the County's Climate Action Plan. This comprehensive plan outlines the goals and strategies for developing greener, more sustainable infrastructure that reduces greenhouse gas emissions, prioritizes the use of renewable energy, preserves natural landscapes and resources, and decreases food and consumer waste. Completion and certification of the County's Climate Action Plan will support grant funding efforts and opportunities to compete for additional funding beyond traditional methods.

**Relevant Financial Policies**

To achieve the goal of providing outstanding and cost-effective regional public services, the County applies sound management practices and policies that enhance the quality of life of its citizens. Such financial management practices have been identified by the Government Finance Officers Association (GFOA) of the United States and Canada and recognized by Fitch Ratings as best practices that promote financial soundness, efficiency in government, and solvency in public finance.

**General Fund Reserves Policy**

The County General Fund Reserves Policy provides guidance in the creation, maintenance and use of reserves. The policy covers formal and informal reserves and includes provisions for reserves such as appropriations for contingencies, reserve-like appropriations, and reserve-like funds held by others such as the OCERS Investment Account. The policy also recognizes whether funds are legally required or discretionary or have special restrictions. The reserves policy is maintained and updated, as needed, through the County's annual SFP process. The reserves policy targets and balances are included in the annual SFP document.

The General Fund Reserves policy is designed to provide flexibility to the County as well as the following:

- Resources to address unanticipated or cyclical economic conditions
- Resources for emergencies and/or catastrophic events
- Mitigation of the volatility of revenues and expenditures in managing temporary cash flow shortages
- Capacity to cover unexpected large one-time expenses and opportunities
- Capacity to fund capital investments
- Capacity to minimize borrowing costs
- Capacity to provide some level of protection against statutory changes to County revenues and impacts from federal and state actions

The County has a variety of reserve funds available to both the General Fund and Non-General Funds including:

- Fund Balance Assigned for Contingencies

County of Orange
Annual Comprehensive Financial Report
For the Year Ended June 30, 2025
(Dollar Amounts in Thousands)

- Fund Balance Assigned for Reserve Target
- Reserve-Like Funds
- Reserve-Like Appropriations
- Department-Type Reserves

All of the previously mentioned are reserves normally modified at the time of budget adoption (Government Code Section 29085) or at fiscal year-end. Changes to reserve amounts at other times require a 4/5 vote of the Board. A 4/5 vote is also required to make such reserves available for appropriation to expend the funds, if needed, during the fiscal year (Government Code Section 29130).

**Reserve Targets and Descriptions**

Under GFOA recommended practice, the County establishes an overall reserve target and allocates the calculated target among the classes of obligated fund balances as appropriate. The County may fund more or less to each reserve class for a variety of reasons, such as its current financial condition, the need to set aside for particular goals or directives, the need to bridge one-time gaps, etc. The goal is to ensure a prudent reserve balance that is maintained and replenished on a regular basis. In implementing the GFOA's best practice, the County elected to establish a funding target based upon two months of General Fund operating revenues.

**Contingencies**

The purpose and use of this reserve is to cover unanticipated and severe economic downturns, major emergencies, or catastrophes that cannot be covered with existing appropriations. A significant event could create the need for a higher funding level of this reserve. The target amount for this reserve is 15% of ongoing annual General Purpose Revenues (excluding Fund Balance Unassigned and one-time amounts and transfers).

The following table summarizes the County's financial management practices:

| Relevant Financial Policies | |
|---|---|
| **Multi-Year SFP** | The County's SFP is based on a five-year financial forecast and includes a 10-year analysis of operating costs in cases where new programs and facilities are recommended to ensure the ability to pay for long-term operational costs. Performance measures and strategies are key elements of the SFP process. |
| **Five-Year Capital Improvement Plan** | The County's five-year Capital Improvement Plan (CIP) is a long-term list of significant projects funded by the General Fund in the Capital Projects budget. It also includes the five-year capital program for Non-General Fund departments. The CIP aids the County in its assessment of the best use of funds available in order to establish and prioritize its capital asset goals, while maintaining long-term financial stability. |
| **Information Technology Projects** | The five-year Information Technology Plan (ITP) is a compilation of significant IT projects including upgrades or replacements of existing systems, greater or equal to $150. Costs for ongoing system support and maintenance are included. The ITP is a tool used by the County to assess IT projects, leverage overlap, and prioritize the use of County General Funds available for IT projects. |

| Relevant Financial Policies (Continued) | |
|---|---|
| **Mid-Year Budget Report** | The County Executive Office issues mid-year budget reports that provide the Board, County departments, members of the public, and other interested parties with an overview of the current status of budgeted revenues and expenditures, total budgeted positions and various departmental issues requiring adjustments to the County's budget. |
| **Annual Budget Policies and Guidelines** | The Annual Budget reflects the County's disciplined approach to fiscal management and is consistent with the County's SFP process. Department budgets are consistent with the priorities and operations plans contained in the SFP. Departments use these planning processes, along with outcome indicators, to evaluate programs and redirect existing resources as needed for greater efficiency to reduce costs and minimize the need for additional resources. |
| **Fund Balance Reserve Policy** | The County General Fund currently contains formal and informal reserves, appropriations for contingencies, appropriated reserve-type funds, and reserves held by others. The purpose of these reserves is to protect community programs and services from temporary revenue shortfalls and provide for unpredicted, sudden and unavoidable one-time expenditures. |
| **Contingency Planning Policy** | The County's General Fund maintains a reserve for contingencies, which was established through the SFP process. The target amount for this reserve is 15% of ongoing annual General Purpose Revenues (excludes fund balance unassigned and one-time amounts and transfers), or $180,784. This compares to the GFOA guidelines for funding contingencies at 15% or higher. The September 30, 2025 balance is $180,784, at target.<br><br>In addition to the reserve for contingencies, the County budgets an annual appropriation for significant unanticipated emergencies, catastrophes, one-time expenditures and opportunities of no less than $10,000 in the General Fund. |
| **Debt Disclosure Practices** | The County presents a set of debt disclosures in the County's adopted Budget document and the ACFR, as well as Continuing Disclosure Annual Reports on its website and the Electronic Municipal Market Access (EMMA) repository. |
| **Pay-as-you-go Capital Funding** | The County's long-term practice has been to use pay-as-you-go funding for capital projects whenever possible. The use of systematic long range financial planning assists in making fiscal decisions such as debt vs. pay-as-you-go capital project financing. The SFP forecasts sources of the County's revenue and operating expenses and incorporates a list of previously identified and prioritized projects that will benefit the citizens of the County. The financial planning for capital projects considers the County's limited funding sources, the capital and operating costs, useful life of projects, and good business practices. |
| **Credit and Debt Management Policy** | The County's long-term practice has been to rapidly repay debt when practicable. The Policy is intended to maintain long-term financial stability by ensuring that its long-term financing commitments are affordable and do not create undue risk or burden, achieve and maintain high credit ratings, minimize debt service interest expense and issuance costs, provide accurate and timely financial disclosure and reporting, and comply with applicable State and Federal laws and financing covenants. |

County of Orange
Annual Comprehensive Financial Report
For the Year Ended June 30, 2025
(Dollar Amounts in Thousands)

| Relevant Financial Policies (Continued) | |
|---|---|
| **Public Financing Advisory Committee** | The Public Financing Advisory Committee (PFAC) is responsible for the review and recommendation of debt financing proposals. The Board may amend, modify or rescind any PFAC recommendation by a four-fifths (4/5) vote. The PFAC membership consists of the following: five public voting members, each representing a district, and three Ex-Officio County government members (the County Executive Officer, the elected Treasurer-Tax Collector, and the elected Auditor-Controller) (non-voting). |
| **Audit Oversight Committee** | The Audit Oversight Committee (AOC) is an advisory committee to the Board that provides oversight of the activities of the County's Internal Audit Department and the County's external audit coverage including financial reporting and federal and state audit activities. The AOC membership includes the Chair and Vice-Chair of the Board, the County Executive Officer, the elected Treasurer-Tax Collector (non-voting), the elected Auditor-Controller (non-voting), and five private sector members appointed by the Board. The private sector members are appointed by the Board for a term of four years and may be reappointed or removed by the Board. |
| **Treasury Oversight Committee** | From July 1, 2024 up to March 11, 2025, the Treasury Oversight Committee was responsible for reviewing and monitoring the annual investment policy by providing oversight on public funds in the County Treasury and requiring an annual compliance audit, an annual review of the Investment Policy Statement and quarterly compliance reporting. On March 11, 2025, the Board adopted Resolution No. 25-028 rescinding Resolution No. 95-946 which dissolved the Treasury Oversight Committee, established an Investment Oversight Committee and directed related actions. The Board Resolution No. 25-029 rescinding Resolution Nos. 16-014 and 20-087, reestablishing the Audit Oversight Committee and directing members of the Audit Oversight Committee to sit as members of Investment Oversight Committee. |
| **Investment Oversight Committee** | On March 11, 2025, the Board adopted resolutions rescinding Resolution Nos. 95-946, 16-014 and 20-087, dissolving the Treasury Oversight Committee and adopted resolution No. 25-028, establishing the Investment Oversight Committee (IOC). The IOC is responsible for reviewing investment policies approved by the Board that govern the investment of funds deposited in the County Treasury and oversee the County's compliance with the Board-approved Investment Policy. Additionally, the IOC receives all reports concerning the investment of funds deposited in the County Treasury. The IOC is composed of the members of the AOC and the County Superintendent of Schools, or their designee. |
| **24/7 Fraud Hotline** | The Fraud Hotline is part of an ongoing fraud detection and prevention effort. The Fraud Hotline is intended for use by County employees, the general public, or vendors for reporting suspected waste, fraud, violations of County policy or misuse of County resources by vendors, contractors or County employees. https://ocgov.com/how-do-i/report/fraud-waste-abuse (714) 834-3608 |

**Major Initiatives**

Funding Equity: The County hovers at the bottom of funding for counties statewide, receiving the lowest percentage of property taxes in California to support services, about 5 cents on the dollar; while the state average is 14 cents. The formula for retaining local property taxes in the counties where they were collected was set in 1978 and has not been updated since. This systematically disadvantages the County's ability to provide services to its diverse population.

The County's predicament does not have easy or implementable solutions. In looking to legislative solutions, a change in methodologies or shifts in funding formulas could affect other counties receiving more of their share in taxes. Therefore, the answer to assuring funding equity for the County lies in increasing funding, programs, and partnerships that specifically benefit County programs and services. When the state shifts or adds responsibilities at the county level, the County will seek enough funding for those programs to ensure their success and cover costs. The County's robust legislative agenda seeks creative and substantive ways to assure our residents are provided with their fair share of the taxes they pay to support the programs and services they deserve.

Labor Agreements: Most County employees are represented by one of 17 bargaining units, which are separated into eight labor organizations. The principal organization is the Orange County Employees Association (OCEA), which represents six bargaining units totaling about 11,214 members in budgeted positions. The next largest unions are the Association of Orange County Deputy Sheriffs (AOCDS), which represents four bargaining units totaling about 2,954 members and the American Federation of State, County, and Municipal Employees (AFSCME) at about 1,631 members. As of March 2025, all labor agreements are current with contracts terms ending June 30, 2026.

**AWARDS AND ACKNOWLEDGEMENTS**

GFOA Awards: The GFOA awarded the Triple Crown Medallion, which recognizes that the County received all three GFOA Awards.

The GFOA awarded a Certificate of Achievement for Excellence in Financial Reporting for its ACFR for the year ended June 30, 2024; this represents the County's 30th consecutive award. The Certificate of Achievement is the highest form of recognition for excellence in state and local government financial reporting. In order to be awarded a Certificate of Achievement, a government unit must publish an easily readable and efficiently organized ACFR, whose contents conform to program standards. Such an ACFR must satisfy both GAAP and applicable legal requirements. A Certificate of Achievement is valid for a period of one year only. We believe our current report continues to meet the Certificate of Achievement Program's requirements and we will submit it to the GFOA to determine its eligibility for another certificate.

In addition, the County received the GFOA Award for Outstanding Achievement in Popular Annual Financial Reporting for its Popular Annual Financial Report (PAFR) titled the "OC Citizens' Report" for the year ended June 30, 2024; this represents the County's 22nd consecutive award. The award is a prestigious national award recognizing conformance with the highest standards for preparation of state and local government popular reports. In order to be awarded, a government must publish a PAFR that reflects the program standards of creativity, presentation, understandability, and reader appeal. The "OC Citizens' Report" is available for viewing at ocauditor.gov.

The GFOA also awarded a Distinguished Budget Presentation Award to the County for its FY 2024-25 Annual Budget; this is the County's 9th award. The award is the highest form of recognition in governmental budgeting. In order to receive the award, the entity had to satisfy nationally recognized guidelines for effective budget presentation. These guidelines are designed to acknowledge how well an entity's budget serves as a policy document, a financial plan, an operations guide, and a communications device.

Counties Financial Transactions Reporting Award: The County received the Financial Transactions Reporting Award from the State Controller's Office for its Year-End Financial Transaction Report for the fiscal year ended June 30, 2024. The award is in recognition of the professionalism demonstrated by counties in preparing accurate and timely financial reports and for those counties that meet the review criteria of the award program.

Acknowledgments: We would like to express our sincere appreciation to County staff and the staff of the certified public accounting firm of Eide Bailly LLP. We hope this report will be of interest and use to those in county government, other governmental agencies, and the public interested in the financial activities of the County of Orange.

County of Orange
Annual Comprehensive Financial Report
For the Year Ended June 30, 2025
(Dollar Amounts in Thousands)

Respectfully submitted,

Andrew N. Hamilton, CPA
Auditor-Controller

Kimberly Engelby
Chief Financial Officer



Government Finance Officers Association

# Certificate of Achievement for Excellence in Financial Reporting

Presented to

**County of Orange California**

For its Annual Comprehensive
Financial Report
For the Fiscal Year Ended

June 30, 2024

*Christopher P. Morrill*

Executive Director/CEO

# County of Orange Organizational Chart
(As of July 14, 2025)



**PEOPLE OF ORANGE COUNTY**

**ASSESSOR**
CLAUDE PARRISH

**AUDITOR-CONTROLLER**
ANDREW HAMILTON

**CLERK-RECORDER**
HUGH NGUYEN

**BOARD OF SUPERVISORS**
JANET NGUYEN, FIRST DISTRICT
VICENTE SARMIENTO, SECOND DISTRICT
DONALD WAGNER, THIRD DISTRICT
DOUG CHAFFEE, FOURTH DISTRICT
KATRINA FOLEY, FIFTH DISTRICT

**DISTRICT ATTORNEY PUBLIC ADMINISTRATOR**
TODD SPITZER

**SHERIFF-CORONER**
DON BARNES

**TREASURER TAX COLLECTOR**
SHARI FREIDENRICH

**CLERK OF THE BOARD**
ROBIN STIELER

**COUNTY COUNSEL**
LEON PAGE

**OC ETHICS COMMISSION**
DENAH HOARD

**COUNTY EXECUTIVE OFFICER**
MICHELLE AGUIRRE

**INTERNAL AUDIT**
AGGIE ALONSO

**OFFICE OF INDEPENDENT REVIEW**
ROBERT FAIGIN

**CHIEF HUMAN RESOURCE SERVICES OFFICER**
JAMIE NEWTON

**CHIEF INFORMATION OFFICER**
KC ROESTENBERG

**CHIEF OPERATING OFFICER**
JESSICA WITT

**CHIEF FINANCIAL OFFICER**
KIMBERLY ENGELBY

**CHIEF REAL ESTATE OFFICER**
THOMAS (MAT) MILLER

**HEALTH CARE AGENCY**
VERONICA KELLEY

**OC PUBLIC WORKS**
KEVIN ONUMA

**PROBATION**
DANIEL HERNANDEZ

**CHILD SUPPORT SERVICES**
MARIA ARZOLA

**OC COMMUNITY RESOURCES**
DYLAN WRIGHT

**OC WASTE & RECYCLING**
TOM KOUTROULIS

**PUBLIC DEFENDER**
SARA NAKADA

**SOCIAL SERVICES AGENCY**
AN TRAN

**REGISTRAR OF VOTERS**
BOB PAGE

**JOHN WAYNE AIRPORT**
CHARLENE REYNOLDS

Department Heads Appointed by the Board of Supervisors
But Reporting to the Deputy CEO

15







**Independent Auditor's Report**

To the Board of Supervisors
County of Orange, California

**Report on the Audit of the Financial Statements**

*Opinions*

We have audited the financial statements of the governmental activities, the business-type activities, the aggregate discretely presented component units, each major fund, and the aggregate remaining fund information of the County of Orange, California (County) as of and for the year ended June 30, 2025, and the related notes to the financial statements, which collectively comprise the County's basic financial statements as listed in the table of contents.

In our opinion, based on our audit and the report of other auditors, the accompanying financial statements referred to above present fairly, in all material respects, the respective financial position of the governmental activities, the business-type activities, the aggregate discretely presented component units, each major fund, and the aggregate remaining fund information of the County, as of June 30, 2025, and the respective changes in financial position, and, where applicable, cash flows thereof and the respective budgetary comparison for the General fund, Flood Control District fund, Other Public Protection fund, and the Mental Health Services Act fund for the year then ended in accordance with accounting principles generally accepted in the United States of America.

We did not audit the financial statements of the Orange County Health Authority, a Public Agency dba Orange Prevention and Treatment Integrated Medical Assistance dba CalOptima Health (CalOptima) and Orange County Employees Retirement System (OCERS), which represent the following percentages of assets, net position/fund balances and revenues of the opinion units listed below as of and for the year ended June 30, 2025:

|  | Assets | Net Position | Revenues |
|---|---|---|---|
| **CalOptima:** |  |  |  |
| Aggregate discretely presented component units | 98.2% | 97.3% | 99.5% |
| **OCERS:** |  |  |  |
| Aggregate remaining fund information | 65.5% | 66.9% | 11.4% |

Those statements were audited by other auditors whose report has been furnished to us, and our opinion, insofar as it relates to the amounts included for CalOptima and OCERS, is based solely on the report of the other auditors.

**eidebailly.com**

25231 Paseo De Alicia, Ste. 100  |  Laguna Hills, CA 92653-4615  |  **T** 949.768.0833  |  **F** 949.768.8408  |  EOE

***Basis for Opinions***

We conducted our audit in accordance with auditing standards generally accepted in the United States of America (GAAS) and the standards applicable to financial audits contained in *Government Auditing Standards* issued by the Comptroller General of the United States *(Government Auditing Standards)*. Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audit of the Financial Statements section of our report. We are required to be independent of the County and to meet our other ethical responsibilities, in accordance with the relevant ethical requirements relating to our audit. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinions.

***Emphasis of Matter***

As discussed in Note 2 to the financial statements, the County has adopted the provisions of Governmental Accounting Standards Board (GASB) Statement No. 101, *Compensated Absences,* for the year ended June 30, 2025. Accordingly, a restatement has been made to the net position of the governmental activities, business-type activities, Airport enterprise fund, OC Waste & Recycling enterprise fund, and internal services funds, as of July 1, 2024 to restate beginning net position. Our opinions are not modified with respect to this matter.

***Responsibilities of Management for the Financial Statements***

Management is responsible for the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America; and for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about the County's ability to continue as a going concern for twelve months beyond the financial statement date, including any currently known information that may raise substantial doubt shortly thereafter.

***Auditor's Responsibilities for the Audit of the Financial Statements***

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinions. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with GAAS and *Government Auditing Standards* will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the financial statements.

In performing an audit in accordance with GAAS and *Government Auditing Standards,* we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.
- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements.
- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the County's internal control. Accordingly, no such opinion is expressed.
- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the financial statements.
- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about the County's ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control–related matters that we identified during the audit.

### *Required Supplementary Information*

Accounting principles generally accepted in the United States of America require that the management's discussion and analysis, and the schedules for the OCERS plan, Orange County Extra-Help Defined Benefit plan, and the Orange County Retiree Medical plan be presented to supplement the basic financial statements. Such information is the responsibility of management and, although not a part of the basic financial statements, is required by the Governmental Accounting Standards Board who considers it to be an essential part of financial reporting for placing the basic financial statements in an appropriate operational, economic, or historical context. We have applied certain limited procedures to the required supplementary information in accordance with GAAS, which consisted of inquiries of management about the methods of preparing the information and comparing the information for consistency with management's responses to our inquiries, the basic financial statements, and other knowledge we obtained during our audit of the basic financial statements. We do not express an opinion or provide any assurance on the information because the limited procedures do not provide us with sufficient evidence to express an opinion or provide any assurance.

### *Supplementary Information*

Our audit was conducted for the purpose of forming opinions on the financial statements that collectively comprise the County's basic financial statements. The combining and individual nonmajor fund financial statements and budgetary comparison schedules are presented for purposes of additional analysis and are not a required part of the basic financial statements. Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the basic financial statements. The information has been subjected to the auditing procedures applied in the audit of the basic financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting

and other records used to prepare the basic financial statements or to the basic financial statements themselves, and other additional procedures in accordance with GAAS. In our opinion, the combining and individual nonmajor fund financial statements and budgetary comparison schedules are fairly stated, in all material respects, in relation to the basic financial statements as a whole.

*Other Information*

Management is responsible for the other information included in the annual report. The other information comprises the introductory section and statistical section but does not include the basic financial statements and our auditor's report thereon. Our opinions on the basic financial statements do not cover the other information, and we do not express an opinion or any form of assurance thereon.

In connection with our audit of the basic financial statements, our responsibility is to read the other information and consider whether a material inconsistency exists between the other information and the basic financial statements, or the other information otherwise appears to be materially misstated. If, based on the work performed, we conclude that an uncorrected material misstatement of the other information exists, we are required to describe it in our report.

**Other Reporting Required by *Government Auditing Standards***

In accordance with *Government Auditing Standards*, we have also issued our report dated December 18, 2025, on our consideration of the County's internal control over financial reporting and on our tests of its compliance with certain provisions of laws, regulations, contracts, and grant agreements and other matters. The purpose of that report is solely to describe the scope of our testing of internal control over financial reporting and compliance and the results of that testing, and not to provide an opinion on the effectiveness of the County's internal control over financial reporting or on compliance. That report is an integral part of an audit performed in accordance with *Government Auditing Standards* in considering the County's internal control over financial reporting and compliance.

*Eide Bailly LLP*

Laguna Hills, California
December 18, 2025







County of Orange
Annual Comprehensive Financial Report
For the Year Ended June 30, 2025
(Dollar Amounts in Thousands)

**MANAGEMENT'S DISCUSSION AND ANALYSIS (MD&A)**
**(UNAUDITED)**

This section of the County's ACFR provides a narrative overview and analysis of the financial activities of the County for the year ended June 30, 2025. We hope that the information presented here, in conjunction with the Letter of Transmittal, provides a clear picture of the County's overall financial status. Unless otherwise indicated, all amounts in this section are expressed in thousands of dollars.

### FINANCIAL HIGHLIGHTS

- Total change in net position, which is the difference between total revenues (including transfers in) and expenses (including transfers out), was $972,326 for the fiscal year, and it increased net position by 15% from prior year.
- Long-term financing liabilities decreased by $6,156 or 1% during the current fiscal year.
- The County's governmental funds reported combined ending fund balances of $4,356,948, an increase of $336,711 or 8% in comparison with the prior year.
- General Fund revenues and other financing sources ended the year 3% below budget.
- General Fund expenditures and other financing uses ended the year 5% below budget.

### OVERVIEW OF THE FINANCIAL STATEMENTS

The basic financial statements presented in the County's ACFR are divided into three different sections:

- Government-wide Financial Statements
- Fund Financial Statements and Budgetary Comparison Statements
- Notes to the Basic Financial Statements

| Basic Financial Statements | | | |
|---|---|---|---|
| **Government-wide Financial Statements** | **Fund Financial Statements** | | |
| | **Governmental Funds** | **Proprietary Funds** | **Fiduciary Funds** |
| Statement of Net Position | Balance Sheet | Statement of Net Position | Statement of Fiduciary Net Position |
| Statement of Activities | Statement of Revenues, Expenditures, and Changes in Fund Balances | Statement of Revenues, Expenses, and Changes in Fund Net Position | Statement of Changes in Fiduciary Net Position |
| | Budgetary Comparison Statement | Statement of Cash Flows | |
| Notes to the Basic Financial Statements | | | |

The following table summarizes the major features of the basic financial statements:

| | Government-wide Financial Statements | Fund Financial Statements | | |
| --- | --- | --- | --- | --- |
| | | Governmental Funds | Proprietary Funds | Fiduciary Funds |
| **Type of Financial Statement** | Statement of Net Position<br><br>Statement of Activities | Balance Sheet<br><br>Statement of Revenues, Expenditures, and Changes in Fund Balances<br><br>Budgetary Comparison Statements | Statement of Net Position<br><br>Statement of Revenues, Expenses, and Changes in Fund Net Position<br><br>Statement of Cash Flows | Statement of Fiduciary Net Position<br><br>Statement of Changes in Fiduciary Net Position |
| **Scope** | Entire entity (except fiduciary funds) | Day-to-day operating activities for basic services | Day-to-day operating activities for business-type services | Resources held on behalf of others |
| **Accounting Basis and Measurement Focus** | Accrual accounting and economic resources measurement focus | Modified accrual accounting and current financial resources measurement focus | Accrual accounting and economic resources measurement focus | Accrual accounting and economic resources measurement focus |
| **Type of Asset, Deferred Outflows of Resources, Liability, and Deferred Inflows of Resources Information** | All assets, deferred outflows of resources, liabilities, and deferred inflows of resources, both financial and capital, short-term and long-term | Current assets, liabilities, and deferred inflows of resources that come due during the year or soon thereafter | All assets, deferred outflows of resources, liabilities, and deferred inflows of resources both financial and capital, short-term and long-term | All assets, deferred outflows of resources, liabilities and deferred inflows of resources held in a trustee or custodial capacity for others |
| **Type of Inflow and Outflow Information** | All revenues and expenses during the year, regardless of when cash is received or paid | Revenues for which cash is received during the year or soon thereafter; expenditures when goods or services have been received and the related liability is due and payable | All revenues and expenses during the year, regardless of when cash is received or paid | All revenues and expenses during the year, regardless of when cash is received or paid |

County of Orange
Annual Comprehensive Financial Report
For the Year Ended June 30, 2025
(Dollar Amounts in Thousands)

**Government-wide Financial Statements**

The government-wide financial statements consist of the following two financial statements: the Statement of Net Position and the Statement of Activities. Both of these statements were prepared using an accounting method and a measurement focus similar to those used by private-sector companies, the accrual basis of accounting and the economic resources measurement focus. The **Statement of Net Position** provides information regarding all of the County's assets, deferred outflows of resources, liabilities, and deferred inflows of resources with the difference reported as net position. Over time, increases or decreases in net position may serve as a useful indicator of whether the financial position of the County is improving or deteriorating. The **Statement of Activities**, on the other hand, provides information on how the government's net position changed during the most recent fiscal year regardless of the period when the related cash or cash equivalent is received or paid. Therefore, revenues and expenses are reported in this statement for some items that will only result in cash flows in future fiscal periods (for example, uncollected taxes, and earned but unused vacation leave).

The Statement of Net Position and the Statement of Activities distinguish functions of the County that are principally supported by taxes (governmental activities) from other functions that are intended to recover all or a significant portion of their costs through user fees and charges (business-type activities). The governmental activities of the County include (1) general government, (2) public protection, (3) public ways and facilities, (4) health and sanitation, (5) public assistance, (6) education, and (7) recreation and cultural services. The business-type activities of the County include John Wayne Airport (Airport), OC Waste & Recycling, and Compressed Natural Gas (CNG).

The government-wide financial statements also provide information regarding the County's component units, entities for which the County (the primary government) is considered to be financially accountable. Blended component units, although legally separate entities, are in substance part of the County's operations; therefore, data from these component units are combined with data of the primary government. Financial information for the CFCOC and CalOptima Health, discretely presented component units, are reported separately from the financial information presented for the primary government itself. Separate stand-alone annual financial reports can be obtained by accessing the County's website at the following address: ocauditor.gov. A separate stand-alone CalOptima Health annual financial report can be obtained by accessing the website at http://wpso.dmhc.ca.gov/fe/search/.

**Fund Financial Statements**

> - **Fund** - a separate accounting entity with a self-balancing set of accounts.
>
> - Focus is on **major funds**.
>
> - Provides information regarding the three major categories of all County funds: **governmental, proprietary, and fiduciary**.

The fund financial statements report on groupings of related funds that are used to maintain control over resources that have been segregated for specific activities or objectives. A fund is a separate accounting entity with a self-balancing set of accounts. Like other state and local governments, the County uses fund accounting to ensure and demonstrate compliance with finance-related legal requirements. The focus of governmental and proprietary fund financial statements is on major funds as determined by the criteria set forth in Governmental Accounting Standards Board (GASB) Statement No. 34, *"Basic Financial Statements–and Management's Discussion and Analysis–for State and Local Governments,"* and GASB Statement No. 65, *"Items Previously Reported as Assets and Liabilities."* All of the County funds can be divided into three major categories of funds: governmental, proprietary, and fiduciary.

*Governmental Funds* - Governmental funds include most of the County's basic services and are used to account for essentially the same functions reported as governmental activities in the government-wide financial statements. However, unlike the government-wide financial statements, governmental funds financial statements are prepared using the modified accrual basis of accounting and current financial resources measurement focus.

Because the focus of governmental funds is narrower than that of the government-wide financial statements, it is useful to compare the information presented for governmental funds with similar information presented for governmental activities in the government-wide financial statements. By doing so, readers may better understand the long-term impact of the government's near-term financing decisions. Reconciliations are prepared for the governmental funds balance sheet and the governmental funds statement of revenues, expenditures, and changes in fund balances to facilitate comparisons between governmental funds and governmental activities. The primary differences between the government-wide and fund financial statements relate to noncurrent assets, such as land and structures and improvements, and noncurrent liabilities, such as bonded debt and amounts owed for compensated

absences, financed purchases, leases, subscriptions, net pension liability and net Other Postemployment Benefits (OPEB) liability, which are reported in the government-wide statements but not in the fund financial statements.

The County maintains several individual governmental funds organized according to their type (General Fund, Special Revenue, Debt Service, Capital Projects and Permanent funds). Information is presented separately in the governmental funds balance sheet and in the statement of revenues, expenditures, and changes in fund balances for the General Fund, which is always a major fund, and all other major funds which may change each year depending on if they meet the major funds criteria. Information for nonmajor funds is presented in the aggregate as "Other Governmental Funds" in these statements. Individual fund data for each of the nonmajor governmental funds is presented in the Supplemental Information Section of this ACFR. The County adopts an annual appropriated budget for its governmental funds. Budgetary comparison statements and schedules have been provided for these funds to demonstrate compliance with the budget and are presented in the Basic Financial Statements and Supplemental Information Section of this ACFR, respectively.

*Proprietary Funds* - The County maintains two different types of proprietary funds: Enterprise funds and Internal Service funds. **Enterprise funds** are used to report the same functions presented as business-type activities in the government-wide financial statements. The County uses enterprise funds to account for its Airport, OC Waste & Recycling, and CNG activities. **Internal Service funds** are used to accumulate and allocate costs, such as insurance, transportation, publishing services, and information technology, internally among the County's various functions. Because these services predominantly benefit governmental rather than business-type functions, Internal Service funds have been included within governmental activities in the government-wide financial statements.

Proprietary fund financial statements provide the same type of information as the government-wide financial statements, only in more detail. The proprietary fund financial statements provide separate information for the Airport and OC Waste & Recycling operations, which are both considered to be major funds of the County. Conversely, the Internal Service funds are combined into a single, aggregated presentation in the proprietary fund financial statements with the individual fund data provided in the combining statements, which can be found in the Supplemental Information Section of this ACFR.

*Fiduciary Funds* - Fiduciary funds include the **Trust** and **Custodial** funds and are used to account for assets held on behalf of outside parties, including other governments. Financial information for fiduciary funds is not reported in the government-wide financial statements because the resources of these funds are not available to support the County's programs. The combining statements for fiduciary funds are included in the Supplemental Information Section of this ACFR.

**Notes to the Basic Financial Statements**

The Notes to the Basic Financial Statements provide additional information that is essential to a full understanding of the data provided in the government-wide and fund financial statements. To find a specific note, refer to the Table of Contents.

## GOVERNMENT-WIDE FINANCIAL ANALYSIS

As noted earlier, net position may serve over time as a useful indicator of the County's financial position. At June 30, 2025, the County's combined net position (governmental and business-type activities) totaled $7,563,914 an increase of 13% from unrestated FY 2023-24.

The largest component of the County's net position, which totals $4,839,782 was **net investment in capital assets**, which represents the County's investment in capital assets, less any related outstanding debt used to acquire those assets and debt-related deferred outflows and inflows of resources. The County's capital assets are used to provide needed services to its citizens. Since the capital assets themselves cannot be used to liquidate the associated debt, the resources needed to repay the debt must be provided from other sources.

**COMPONENTS OF NET POSITION**

- Net Investment in Capital Assets
- Restricted
- Unrestricted

County of Orange
Annual Comprehensive Financial Report
For the Year Ended June 30, 2025
(Dollar Amounts in Thousands)

The County's **restricted** net position of $2,816,893 represents resources that are subject to external restrictions on their use and are available to meet the County's ongoing obligations for programs with external restrictions. External restrictions include those imposed by grantors, contributors, laws/regulations of other governments, or restrictions imposed by law through constitutional provisions or legislation, including those passed by the County itself.

The **unrestricted** net position is the final component of net position. Unrestricted net position is resources that the County may use to meet its ongoing obligations to citizens and creditors. As of June 30, 2025, the County's unrestricted net position totals a deficit of $92,761. Among governmental activities the deficit was $957,149 in unrestricted net position, compared to its deficit of $1,122,428 at June 30, 2024. The main contributor of the deficit continues to be the reporting of the County's proportionate share of net pension and net OPEB liabilities on the financial statements.

The following table presents condensed financial information derived from the government-wide Statement of Net Position:

| NET POSITION – Primary Government<br>June 30, 2025 and 2024 | | | | | | |
|---|---|---|---|---|---|---|
| | Governmental Activities | | Business-Type Activities | | Total | |
| | 2025 | 2024* | 2025 | 2024* | 2025 | 2024* |
| **ASSETS** | | | | | | |
| Current and Other Assets | $ 6,224,881 | $ 5,715,487 | $ 1,512,766 | $ 1,398,492 | $ 7,737,647 | $ 7,113,979 |
| Capital Assets | 4,918,454 | 4,807,580 | 1,057,859 | 987,219 | 5,976,313 | 5,794,799 |
| **Total Assets** | 11,143,335 | 10,523,067 | 2,570,625 | 2,385,711 | 13,713,960 | 12,908,778 |
| **DEFERRED OUTFLOWS OF RESOURCES** | 750,813 | 1,051,485 | 15,788 | 21,533 | 766,601 | 1,073,018 |
| **Total Assets/Deferred Outflows of Resources** | **11,894,148** | **11,574,552** | **2,586,413** | **2,407,244** | **14,480,561** | **13,981,796** |
| **LIABILITIES** | | | | | | |
| Long-term Liabilities | 5,170,338 | 5,746,519 | 339,210 | 312,745 | 5,509,548 | 6,059,264 |
| Other Liabilities | 673,406 | 660,528 | 117,918 | 101,017 | 791,324 | 761,545 |
| **Total Liabilities** | 5,843,744 | 6,407,047 | 457,128 | 413,762 | 6,300,872 | 6,820,809 |
| **DEFERRED INFLOWS OF RESOURCES** | 495,483 | 396,919 | 120,292 | 96,026 | 615,775 | 492,945 |
| **Total Liabilities/Deferred Inflows of Resources** | **6,339,227** | **6,803,966** | **577,420** | **509,788** | **6,916,647** | **7,313,754** |
| **NET POSITION** | | | | | | |
| Net Investment in Capital Assets | 3,806,369 | 3,730,032 | 1,033,413 | 973,466 | 4,839,782 | 4,703,498 |
| Restricted | 2,705,701 | 2,162,982 | 111,192 | 92,831 | 2,816,893 | 2,255,813 |
| Unrestricted | (957,149) | (1,122,428) | 864,388 | 831,159 | (92,761) | (291,269) |
| **Total Net Position** | $ 5,554,921 | $ 4,770,586 | $ 2,008,993 | $ 1,897,456 | $ 7,563,914 | $ 6,668,042 |

\* The balances shown in FY 2024 have not been restated to include adjustments in Note 2, Restatements.

As of June 30, 2025, the County's total assets and deferred outflows of resources increased by 3% or $498,765 during the current fiscal year. Current and other assets increased by $623,668, primarily due to the maturity of a specific investment in the County bond proceeds account, which was not reinvested. Deferred outflows of resources decreased by $306,417, primarily due to stronger investment returns and a smaller gap between projected and actual earnings, as required by GASB Statement No. 68, "*Accounting and Financial Reporting for Pensions–An Amendment of GASB Statement No. 27*," (GASB Statement No. 68).

Total liabilities and deferred inflows of resources as of June 30, 2025, decreased by 6% or $397,107. Long-term liabilities decreased by $549,716, mainly due to a decrease in the County's proportionate share of the net pension liability as a result of favorable returns from OCERS' investments. The decreased was partially offset by an increase in compensated absences following the implementation of GASB Statement No. 101 *"Compensated Absences"* (GASB Statement No. 101)*,* which now includes sick leave in the liability calculation. For more information on this implementation, refer to Note 1, Summary of Significant Accounting Policies, Section T. Effects of New Pronouncements, and Section O. Compensated Employee Absences, in the Notes to the Basic Financial Statements section.

Management's
Disccusion and Analysis
(Dollar Amounts in Thousands)

The following table provides summarized data of the government-wide Statement of Activities:

| CHANGES IN NET POSITION – Primary Government | | | | | | |
|---|---|---|---|---|---|---|
| For the Years Ended June 30, 2025 and 2024 | | | | | | |
| | Governmental Activities | | Business-Type Activities | | Total | |
| | 2025 | 2024* | 2025 | 2024* | 2025 | 2024* |
| **REVENUES** | | | | | | |
| Program Revenues: | | | | | | |
| Charges for Services | $ 1,062,595 | $ 735,249 | $ 427,591 | $ 411,538 | $ 1,490,186 | $ 1,146,787 |
| Operating Grants and Contributions | 3,345,592 | 3,178,163 | 289 | 3,450 | 3,345,881 | 3,181,613 |
| Capital Grants and Contributions | 85,896 | 119,432 | 3,588 | 1,614 | 89,484 | 121,046 |
| General Revenues: | | | | | | |
| Property Taxes | 767,830 | 730,427 | -- | -- | 767,830 | 730,427 |
| Property Taxes in Lieu of | | | | | | |
| Motor Vehicle License Fees | 542,182 | 514,941 | -- | -- | 542,182 | 514,941 |
| Other Taxes | 169,875 | 156,940 | -- | 44 | 169,875 | 156,984 |
| Grants and Contributions not Restricted | | | | | | |
| to Specific Programs | 2,361 | 3,986 | -- | -- | 2,361 | 3,986 |
| State Allocation of Motor Vehicle | | | | | | |
| License Fees | 4,596 | 3,738 | -- | -- | 4,596 | 3,738 |
| Other General Revenues | 235,317 | 226,444 | 75,692 | 66,969 | 311,009 | 293,413 |
| **Total Revenues** | **6,216,244** | **5,669,320** | **507,160** | **483,615** | **6,723,404** | **6,152,935** |
| **EXPENSES** | | | | | | |
| General Government | 206,939 | 272,288 | -- | -- | 206,939 | 272,288 |
| Public Protection | 1,972,882 | 1,783,109 | -- | -- | 1,972,882 | 1,783,109 |
| Public Ways and Facilities | 174,663 | 173,202 | -- | -- | 174,663 | 173,202 |
| Health and Sanitation | 1,128,238 | 1,021,899 | -- | -- | 1,128,238 | 1,021,899 |
| Public Assistance | 1,621,628 | 1,528,806 | -- | -- | 1,621,628 | 1,528,806 |
| Education | 71,349 | 64,272 | -- | -- | 71,349 | 64,272 |
| Recreation and Cultural Services | 150,781 | 136,248 | -- | -- | 150,781 | 136,248 |
| Interest on Long-Term Debt | 41,058 | 39,741 | -- | -- | 41,058 | 39,741 |
| Airport | -- | -- | 161,872 | 155,488 | 161,872 | 155,488 |
| OC Waste & Recycling | -- | -- | 221,668 | 161,859 | 221,668 | 161,859 |
| **Total Expenses** | **5,367,538** | **5,019,565** | **383,540** | **317,347** | **5,751,078** | **5,336,912** |
| Excess before Transfers | 848,706 | 649,755 | 123,620 | 166,268 | 972,326 | 816,023 |
| Transfers | 10,454 | 6,964 | (10,454) | (6,964) | -- | -- |
| **Change in Net Position** | **859,160** | **656,719** | **113,166** | **159,304** | **972,326** | **816,023** |
| Net Position-Beginning of the Year, as Restated | 4,695,761 | 4,113,867 | 1,895,827 | 1,738,152 | 6,591,588 | 5,852,019 |
| **Net Position-End of the Year** | **$ 5,554,921** | **$ 4,770,586** | **$ 2,008,993** | **$ 1,897,456** | **$ 7,563,914** | **$ 6,668,042** |

* The balances shown in FY 2024 have not been restated to include adjustments in Note 2, Restatements.

County of Orange
Annual Comprehensive Financial Report
For the Year Ended June 30, 2025
(Dollar Amounts in Thousands)

The County's net position, excluding the restatement of net position, increased by $972,326 during the current fiscal year. Revenues for the year totaled $6,723,404, an increase of $570,469 from the previous year. Expenses totaled $5,751,078, an increase of $414,166 from the previous year.

**Governmental Activities**

The County's governmental activities rely on several sources of revenue to finance ongoing operations. Operating grants and contributions comprised the largest revenue source for the County, followed by charges for services. Operating grants and contributions are monies received from parties outside the County and are generally restricted to one or more specific programs such as State and Federal revenues for public assistance and for healthcare. Charges for services are revenues that arise from charges to customers or applicants who purchase, use, or directly benefit from the goods, services, or privileges provided. Examples of the types of services that fall under this category include engineering services provided to cities under contract, park and recreation fees, and law enforcement services provided to other governmental agencies under contract.

At the end of FY 2024-25, total revenues for governmental activities, including transfers from the business-type activities, were $6,226,698, an increase of $550,414 from the previous year. Expenses totaled $5,367,538, an increase of $347,973 from the prior year. Net position for governmental activities increased $859,160 from the prior fiscal year after restatement of beginning net position as of July 1, 2024 for an ending balance of $5,554,921. Key elements of the change are as follows:

Revenues
- Charges for services increased by $327,346, mainly due to an increase in Health Care Agency's (HCA) Mental Health Services, Substance Use Disorder programs, and Opioid Settlement funds for opioid remediation activities.
- Operating grants and contributions increased by $167,429, primarily due to an increase in realignment revenue and mental health services reimbursement such as Mental Health Services for Community Services and Supports, Inpatient Adult Mental Health Services, and Children and Youth services.

Expenses
- Expenses in public protection increased by $189,773 mainly due to an increase in salaries and employee benefits (S&EB) costs. This increase was partially offset by a decrease in expenditure related to the Prado Dam project. These included court orders, resolution costs from San Bernardino County's condemnation action, and settlement costs related to property acquisition required for the Santa Ana River Mainstem project in prior year.
- Expenses in health and sanitation increased by $106,339, mainly due to an increase in S&EB costs from added positions and rising costs across public, behavioral, and correctional health services. These included Community Health Education, Mental Health Services Act (MHSA), Adult Mental Health Services (MHS) Inpatient, and Substance Use Disorder services.

The following chart presents a comparison of expenses by function and the associated program revenues for governmental activities:



The chart below presents the percentage of total revenues by source for governmental activities:



County of Orange
Annual Comprehensive Financial Report
For the Year Ended June 30, 2025
(Dollar Amounts in Thousands)

### Business-Type Activities

The County has three business-type activities: Airport, OC Waste & Recycling, and CNG. In keeping with the intent of recovering all or a significant portion of their cost through user fees and charges, business-type activities reported charges for services as their largest source of revenues.

The following chart displays expenses and the associated program revenues by function for the business-type activities (major enterprise funds):



At the end of FY 2024-25, the business-type activities' total revenues exceeded expenses and transfers resulting in an increase of $113,166 in net position compared to the prior year's increase in net position of $159,304. Revenues totaled $507,160, an increase of $23,545 from the previous fiscal year, which is primarily attributable to increases in auto parking and concessions revenue at the Airport, increase in fair value of investments, as well as OC Waste & Recycling's sanitation and landfill disposal tonnage and fees. Offsetting this increase was a decrease in operating grants and contribution.

Expenses, including transfers to governmental activities, totaled $393,994 representing an increase of $69,683 from the previous year. This increase is primarily due to an increase in OC Waste & Recycling's closure and postclosure care costs, as well as an increase in S&EB, services and supplies (S&S) and professional and specialized services from both Airport and OC Waste & Recycling. Other factors concerning the finances of the County's two major enterprise funds are discussed in the Proprietary Funds section of the "Financial Analysis of the County's Funds."

The chart below presents the percentage of total revenues by source for business-type activities (major enterprise funds):



---

## FINANCIAL ANALYSIS OF THE COUNTY'S FUNDS

The County uses fund accounting to demonstrate legal compliance and aid financial management by segregating transactions related to certain government functions or activities.

### Governmental Funds

Governmental funds are accounted for using the current financial resources measurement focus. With this measurement focus, only current assets, current liabilities, and deferred inflows of resources related to unavailable revenue, leases, and Public-Private and Public-Public Partnerships (PPP) generally are included on the balance sheet, with the difference reported as fund balance. Fund balance, excluding nonspendable and restricted fund balances, may serve as a valuable measure of the government's available financial resources for spending at the end of a fiscal year. This amount is available for spending at the discretion of the Board in order to achieve the established function of the respective funds.

At June 30, 2025, the County's governmental funds reported total fund balances of $4,356,948, which is an increase of $336,711 in comparison with prior year ending fund balances.

### Comparative Analysis of Changes in Fund Balances

The following schedule presents a summary of revenues and other financing sources, expenditures and other financing uses, and the net change in fund balances for the governmental funds for the current and previous fiscal year:

**GOVERNMENTAL FUNDS**
**COMPARATIVE SCHEDULE OF REVENUES, EXPENDITURES, OTHER FINANCING SOURCES (USES) AND CHANGES IN FUND BALANCES**
**For the Years Ended June 30, 2025 and 2024**

| | Revenues and Other Financing Sources | | Expenditures and Other Financing Uses | | Net Change in Fund Balances | |
|---|---|---|---|---|---|---|
| | 2025 | 2024 | 2025 | 2024 | 2025 | 2024 |
| General Fund | $ 5,006,887 | $ 4,730,012 | $ 4,855,154 | $ 5,153,953 | $ 151,733 | $ (423,941) |
| Flood Control District | 260,652 | 246,067 | 179,042 | 160,889 | 81,610 | 85,178 |
| Other Public Protection | 80,508 | 84,011 | 75,504 | 77,983 | 5,004 | 6,028 |
| Mental Health Services Act | 330,108 | 319,686 | 228,978 | 303,044 | 101,130 | 16,642 |
| Countywide Capital Projects | | | | | | |
| Non-General Fund | -- | 515,036 | -- | 103,970 | -- | 411,066 |
| Other Governmental Funds | 1,313,197 | 1,442,035 | 1,315,963 | 1,250,737 | (2,766) | 191,298 |
| **Total** | **$ 6,991,352** | **$ 7,336,847** | **$ 6,654,641** | **$ 7,050,576** | **$ 336,711** | **$ 286,271** |

During fiscal year 2025, the Countywide Capital Projects Non-General Fund was reclassified from a major fund to a nonmajor fund. In addition to the effects of expenditure-driven grants, the following information provides explanations for the significant changes in fund balance:

General Fund
The General Fund is the chief operating fund of the County. At the end of FY 2024-25, revenues and other financing sources were more than the expenditures and other financing uses resulting in an increase in fund balance of $151,733, compared to last year's decrease of $423,941. Revenues and other financing sources increased by $276,875, and expenditures and other financing uses decreased by $298,799. The following is a brief summary of the primary factors that contributed to the increase in the net change in fund balance for the General Fund in FY 2024-25:

*Revenues*
- Charges for Services revenue increased by $250,605, primarily due to higher reimbursements from the State for the Short-Doyle Medi-Cal (SDMC) claims, which fund mental health services for Medi-Cal-eligible individuals. Additionally, the increase reflects greater reimbursements for claims under the State's Substance Use Disorder Program.
- Transfers to the General Fund decreased by $116,990, primarily due to the lower transfers from the OC Cares and MHSA to reimburse eligible activities incurred in the General Fund.

County of Orange
Annual Comprehensive Financial Report
For the Year Ended June 30, 2025
(Dollar Amounts in Thousands)

- Intergovernmental revenue increased by $115,227, primarily due to higher funding received from the 1991 Health and Human Services Realignment and 2011 Public Safety Realignment programs. This increase also reflects greater claim payments received for the CalWORKs program.

*Expenditures*
- Transfers to other funds decreased by $554,468, mainly due to one-time transfers in FY 2023-24 related to the Countywide Capital Projects Non-General Fund and OC Cares Fund for multi-year countywide capital projects and implementation of the OC Cares initiative.
- Expenditures for public protection increased by $142,121, mainly due to higher S&EB costs for the Sheriff-Coroner department for dual-filled positions required to meet operational needs and for the reopening of the James A. Musick facility.
- Expenditures for public assistance increased by $81,114, largely due to higher S&EB costs in the Social Services Agency (SSA) from increased caseloads in required programs, along with more spending on In-Home Supportive Services (IHSS) and Foster Care programs.
- Expenditures for health and sanitation increased by $74,482, primarily due to increased HCA spending on opioid treatment services, added staff for medical care at Orangewood and Juvenile Hall, and to support CalAIM Justice-Involved Initiative and environmental health efforts.

Flood Control District
This group of funds is used to account for the planning, construction, and operation of flood control and water conservation works, such as dams, basins, trunk channels, and for the retardation, conservation, and controlled discharge of storm waters. At the end of FY 2024-25, there was an increase in fund balance of $81,610, as compared to last year's increase of $85,178. Revenues and other financing sources increased by $14,585, mainly due to an increase in interest and investment income and higher secured property tax revenue received. Expenditures and other financing uses increased by $18,153, primarily due to the acquisition of the Rancho Miramonte Property for the Santa Ana River Mainstem/Prado Dam project, which aims to enhance flood protection for the public. This increase was partially offset by a reduction in disbursements to Orange County Transportation Authority (OCTA) for the I-405 Improvement Project.

Other Public Protection
This group of funds accounts for revenues restricted for safety and law enforcement activities such as the child support program, automated fingerprint identification systems, and investigation team. At the end of FY 2024-25, there was an increase in fund balance of $5,004, compared to last year's increase of $6,028. Revenues and other financing sources decreased by $3,503, primarily attributable to the reduction in funds received for the State Criminal Alien Assistance Program (SCAAP) for costs incurred from incarcerating undocumented criminal aliens with felony or misdemeanor convictions compared to prior year. Additionally, there was a decrease to revenue received from the State for the Juvenile Justice Realignment Block Grant for the Probation Department. This decrease was partially offset by an increase in charges for services for revenue received from various cities and districts for the 800 MHz Countywide Coordinated Communications System (CCCS). Expenditures and other financing uses decreased by $2,479, largely due to a decrease in Regional Narcotics Suppression Program professional services costs.

Mental Health Services Act (MHSA)
This fund accounts for purpose restricted MHSA revenues. At the end of FY 2024-25, fund balance increased by $101,130, compared to last year's increase of $16,642. Revenues and other financing sources increased by $10,422, primarily due to a higher allocation from the State for approved mental health services. Expenditures and other financing uses decreased by $74,066, primarily due to a decrease in transfers out to the General Fund for eligible reimbursements of MHSA related services.

Other Governmental Funds
Other governmental funds encompass nonmajor funds, which include special revenue funds, debt service funds, capital project funds, and a permanent fund. At the end of FY 2024-25, fund balances decreased by $2,766, in comparison to prior year's increase of $191,298. Revenues and other financing sources decreased by $128,838, primarily due to a decrease in one-time transfers in from the General Fund for multi-year countywide capital projects and the OC Cares initiative. Expenditures and other financing uses increased by $65,226, primarily due to higher costs for OC Youth Transition Center, housing assistance, Cow Camp Segment O services, bridge rehab work with

OCTA, and park and beach improvements. These increases were partially offset by lower reimbursements to Rancho Mission Viejo for the CFD 2021-1 RMV (Rienda) and CFD 2023-1 RMV (Rienda).

The following table shows fund balances and percentage change in fund balances for governmental funds for the current and previous fiscal year:

| COMPARATIVE FUND BALANCE GOVERNMENTAL FUNDS June 30, 2025 and 2024 | | 2025 | | 2024 | Increase % |
|---|---|---|---|---|---|
| General Fund | $ | 1,440,305 | $ | 1,288,572 | 12 % |
| Flood Control District | | 615,204 | | 533,594 | 15 % |
| Other Public Protection | | 206,753 | | 201,749 | 2 % |
| Mental Health Services Act | | 232,896 | | 131,766 | 77 % |
| Other Governmental Funds | | 1,861,790 | | 1,864,556 | -- |
| **Total** | $ | **4,356,948** | $ | **4,020,237** | **8 %** |

## Proprietary Funds

The proprietary fund financial statements provide the same type of information as the government-wide financial statements, only in more detail. The proprietary funds financial statements provide separate information for the Airport and OC Waste & Recycling funds, which are considered to be major funds of the County, and the CNG fund. Internal Service Funds are combined into a single, aggregated presentation in the proprietary funds financial statements.

## Comparative Analysis of Changes in Fund Net Position

The following table presents the enterprise funds' revenues, expenses, contributions, transfers, and changes in fund net position for the current and previous fiscal year:

| ENTERPRISE FUNDS COMPARATIVE SCHEDULE OF REVENUES, EXPENSES, CONTRIBUTIONS, TRANSFERS, AND CHANGES IN FUND NET POSITION For the Years Ended June 30, 2025 and 2024 | | Revenues, Contributions and Transfers | | | | Expenses and Transfers | | | | Change in Fund Net Position | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2025 | | 2024 | | 2025 | | 2024 | | 2025 | | 2024 |
| Airport | $ | 239,302 | $ | 224,860 | $ | 157,466 | $ | 153,277 | $ | 81,836 | $ | 71,583 |
| OC Waste & Recycling | | 267,594 | | 260,912 | | 230,873 | | 170,446 | | 36,721 | | 90,466 |
| Compressed Natural Gas | | 319 | | 379 | | -- | | -- | | 319 | | 379 |
| **Total** | $ | **507,215** | $ | **486,151** | $ | **388,339** | $ | **323,723** | $ | **118,876** | $ | **162,428** |

Airport
This fund accounts for major construction and self-supporting aviation related activities rendered at the Airport. At the end of FY 2024-25, there was an increase of $81,836 in net position compared to the prior year increase of $71,583. Revenues, contributions and transfers increased by $14,442, primarily due to an increase in overall operating revenue, increase in fair value of investments and capital grant contributions. These increases were partially offset by a decrease in interest income and intergovernmental revenues. Expenses increased by $4,189, mainly due to an increase in S&EB and professional and specialized services. These increases were partially offset by a decrease in S&S costs.

OC Waste & Recycling
This fund is used to account for the operation, expansion and closing of existing landfills. Monies are collected through gate tipping fees, which users pay based primarily on tonnage. At the end of FY 2024-25, there was an increase of $36,721 in net position compared to the prior year increase of $90,466. Revenues, contributions and transfers increased by $6,682, primarily due to increases in fair value of investments, sanitation and landfill disposal tonnage and fees collected for waste, recycling, and importation. Expenses and transfers increased by $60,427, primarily due

County of Orange
Annual Comprehensive Financial Report
For the Year Ended June 30, 2025
(Dollar Amounts in Thousands)

to an increase in the landfill site closure and postclosure care costs, S&S, and taxes and other fees/contributions to other agencies.

Compressed Natural Gas
This fund is used to account for the operation and maintenance of the CNG facility. Revenues consist primarily of compressed natural gas sales to fuel the County's growing fleet of CNG-powered heavy equipment. At the end of FY 2024-25, there was an increase of $319 in net position compared to the prior year increase of $379. Revenues decreased by $60 due to a one-time federal excise tax refund in FY 2023-24 and lower royalty payment from Clean Energy. These decreases were partially offset by an increase in fair value of investments.

For further comparative analysis of Changes in Fund Net Position, please see the Business-Type Activities.

## GENERAL FUND BUDGETARY HIGHLIGHTS

This section provides a summary of the primary factors involved in the variances between: 1) the Original Budget and the Final Budget; and 2) the Final Budget and the budgetary based actual amounts for the General Fund. In addition to the effects of expenditure-driven grants, the following information provides explanations for significant variances. Refer to the General Fund Budgetary Comparison Statement for a full budgetary comparison.

**Original Revenue Budget vs. Final Revenue Budget**

The following provides a summary of the primary factors attributable to the increase or decrease in the General Fund final budget revenues and other financing sources compared to the original budget revenues and other financing sources:

Intergovernmental
- An increase of $15,432 in SSA due to higher revenue received for realignment as a result of an increased caseload growth for adoption and short-term residential programs and assistance payments to clients.

Transfers In
- An increase of $11,106 in HCA to support ongoing program costs, and to cover anticipated increased eligible costs in support of opioid abatement activities such as expanded adult substance abuse treatment and recovery support services.
- An increase of $5,940 in the Probation Department, primarily to cover expenditures under SB823 Department of Juvenile Justice Realignment.
- An increase of $4,743 in the Sheriff-Coroner Department, primarily from the Sheriff's Supplemental Law Enforcement Services to cover costs for S&EB and the 800 MHz Countywide Coordinated Communications System.
- An increase of $3,626 in the Clerk-Recorder Department to allow transfers from the Operating Reserve Fund for reimbursement of various eligible expenditures.

**Final Revenue Budget vs. Actual Revenue Amounts**

The following information provides a summary of the primary factors that caused significant variances in the General Fund actual revenues and other financing sources compared to the final revenue and other financing sources budget:

Transfers In
- A $210,882 less than budgeted amount was primarily comprised of the following:
  - $132,640 less received in HCA due to lower than expected drawdowns from the MHSA Fund in preparation for the Behavioral Health Service Act implementation and lower revenue than budgeted. As well as less received in OC Tobacco Settlement Funds due to late invoices.
  - $19,866 less received in Office of Care Coordination due to lower than expected drawdowns for programs such as Project HomeKey, Homeless Housing, Assistance and Prevention Program and Encampment Resolution Funding Program.
  - $15,256 less received in SSA mainly attributable to lower than budgeted reimbursements from the SSA Wraparound Fund and the Operations Facilities Development and Maintenance Fund for expenditures related to Tustin Family Campus.

Intergovernmental
- A $79,447 less than budgeted amount was primarily comprised of the following:
  - $46,072 less in HCA due to lower than expected State funding related to Community Services and Supports, Inpatient Adult mental health services, and Children and Youth services.
  - $24,683 less received by SSA from State funding for Child Welfare Services and Foster Care Assistance programs.

Charges for Services
- A $78,094 higher than budgeted amount was primarily comprised of the following:
  - $102,560 more received by HCA are mostly for Medicaid Federal Financial Participation revenue for mental health and substance use disorder services.
  - Partially offsetting the overall higher than budgeted charges for services amounts were the following:
    - $13,078 less received in the Sheriff-Coroner Department due to the decrease of police services for the Airport and various cities.
    - $7,223 less received by OC Public Works due to lower than expected reimbursements from various departments for charges for services through job billings.
    - $5,134 less received by OC Watersheds due to lower than budgeted revenues for OC Environmental Resources and the Watershed Management Program.

Taxes
- A $20,360 higher than budgeted amount was primarily due to more residual distribution from successor redevelopment agencies that were dissolved in FY 2024-25.

Use of Money and Property
- A $18,736 higher than budgeted amount was primarily due to interest earnings from the investment of Treasury bonds in the Miscellaneous Budget Control.

Other
- A $5,178 higher than budgeted amount was primarily due to a repayment from a vendor for a prior year overpayment related to HCA correctional medical services, along with a final MHSA settlement refund.

**Original Expenditure Budget vs. Final Expenditure Budget**

The following provides a brief summary of the primary factors attributable to the increase or decrease in the General Fund final budget expenditures and other financing uses compared to the original budget expenditures and other financing uses:

Miscellaneous
- A decrease of $34,111, primarily due to lower than anticipated contingency appropriations.

Sheriff-Coroner
- An increase of $26,878, due to unanticipated increases S&EB costs, including overtime and dual-filled positions needed to meet current year operational demands, as well as expenses related to the reopening of the James A. Musick Facility.

Social Services Agency
- An increase of $15,436, primarily driven by higher appropriations for support and care of persons due to caseload growth in adoption and short-term residential therapeutic programs.

Health Care Agency
- An increase of $13,006, primarily due to additional S&EB appropriations needed for medical staff and support at Orangewood Children and Family Center and Juvenile Hall, for CalAIM and environmental health services.

District Attorney
- An increase of $7,507, mainly due to higher appropriations for S&EB for added positions to support the Workers' Compensation Insurance Fraud Program, unbudgeted investigator leased vehicles and body worn camera contract expenses.

County of Orange
Annual Comprehensive Financial Report
For the Year Ended June 30, 2025
(Dollar Amounts in Thousands)

Registrar of Voters
- An increase of $6,110, mainly due to extra help costs to support the November 2025 special election.

**Final Expenditure Budget vs. Actual Expenditure Amounts**

The following provides a summary of the primary factors that caused significant variances in the General Fund actual expenditures as compared to the final budget:

Social Service Agency
- $37,738 lower than budgeted amount mainly due to lower than anticipated expenditures for professional and specialized services, contract costs for community partnerships, as well as lower support and care of persons costs for CalWORKs Assistance and IHSS programs.

Health Care Agency
- $37,682 less than budgeted amount mainly due to lower than anticipated expenditures for professional and specialized services associated with Health Disaster Preparedness, MHSA programs and Substance Use Disorder Services.

Sheriff-Coroner
- $35,806 lower than budgeted amount mainly due to lower than expected expenditures for equipment related to the Air Support Bureau, departmental expenses such as supplies for the shooting range facility and building maintenance.

Office of Care Coordination
- $22,972 lower than budgeted amount primarily due to lower expenditures for professional and specialized services for OC Cares Coordination programs.

**Capital Assets**

At June 30, 2025, the County's capital assets for both the governmental and business-type activities amounted to $5,976,313 net of accumulated depreciation/amortization. The investment in capital assets includes land, land use rights, construction in progress, intangible in progress, structures and improvements, land improvements, equipment, software, infrastructure, and right-to-use assets. The total increase in the County's investment in capital assets for the current year was 3%.

Capital assets for the governmental and business-type activities are presented below to illustrate changes:

**CAPITAL ASSETS**
**(Net of Accumulated Depreciation/Amortization)**
June 30, 2025 and 2024

| | Governmental Activities | | Business-Type Activities | | Total | | Increase/ (Decrease) |
|---|---|---|---|---|---|---|---|
| | 2025 | 2024 | 2025 | 2024 | 2025 | 2024 | % Change |
| Land | $ 905,196 | $ 901,923 | $ 38,379 | $ 38,379 | $ 943,575 | $ 940,302 | -- |
| Land Use Rights Permanent | 61,435 | 58,713 | -- | -- | 61,435 | 58,713 | 5 % |
| Construction in Progress | 609,794 | 589,425 | 231,454 | 124,577 | 841,248 | 714,002 | 18 % |
| Intangible in Progress | 8,474 | 5,578 | -- | 95 | 8,474 | 5,673 | 49 % |
| Structures and Improvements | 1,068,123 | 992,856 | 445,282 | 470,000 | 1,513,405 | 1,462,856 | 3 % |
| Land Improvements | 45,078 | 42,495 | 503 | 523 | 45,581 | 43,018 | 6 % |
| Equipment | 210,835 | 204,235 | 76,901 | 72,066 | 287,736 | 276,301 | 4 % |
| Software | 42,876 | 55,154 | 1,185 | 1,785 | 44,061 | 56,939 | (23)% |
| Land Use Rights Amortizable | 79 | 138 | -- | -- | 79 | 138 | (43)% |
| Infrastructure | 1,434,766 | 1,450,397 | 263,249 | 279,531 | 1,698,015 | 1,729,928 | (2)% |
| Right-to-Use Assets | 531,798 | 506,666 | 906 | 263 | 532,704 | 506,929 | 5 % |
| **Total** | $ 4,918,454 | $ 4,807,580 | $ 1,057,859 | $ 987,219 | $ 5,976,313 | $ 5,794,799 | 3 % |

Management's
Disccusion and Analysis
(Dollar Amounts in Thousands)

The following lists the significant expenditures for capital assets in FY 2024-25:

General Fund
- $5,185 for the purchase of a helicopter for the Sheriff-Coroner's Air Support Bureau
- $3,010 for the purchase of interdiction vessels for the Sheriff-Coroner's Harbor Patrol Bureau
- $3,004 for the ADA modifications to SSA's Eckhoff office
- $2,651 for the purchase of IT hardware, software and services for Public Defender
- $2,075 for the purchase of Crisis Care Mobile Unit vehicles for HCA

Flood Control District
- $59,446 for the purchase of properties for the Santa Ana River Mainstem and Prado Dam Project
- $5,682 for the East Garden Grove-Wintersburg Channel Bridges at Warner Ave, Springdale St, and Edwards St

Other Governmental Funds
- $38,759 for the El Toro Emergency Medical Facility
- $20,290 for the OC CARES-Juvenile Correction Campus Phase I
- $8,923 for the Carbon Creek Channel Bikeway Segment D
- $7,983 for the Mile Square Regional Park Expansion Phase II Project
- $6,177 for the OC CARES Workforce Reentry Facility
- $5,529 for the James A. Musick Facility Master Plan, Phase I Project
- $5,500 for the OC CARES Manchester Office Building (MOB) Coordinated Reentry Facility
- $5,301 for the Dana Point Library tenant enhancements
- $5,221 for the Intake Release Center-Mod J&N–ADA Safety & Security upgrades
- $3,921 for the OC Jail Security Electronic Control Systems Upgrade
- $3,778 for the Aliso Viejo Library tenant enhancements
- $3,545 for the James A Musick Facility Expansion Phase II Project
- $3,368 for the North Tustin-Crawford Canyon Park Development
- $3,171 for the replacement of the air handler units in the Intake Release Center
- $2,803 for the County Operations Center Building B, Chiller Plant Replacement Project
- $2,249 for the OC Jail Facilities ADA Compliance upgrade

Airport
- $12,764 for the facility accessibility improvements
- $8,916 for the Taxiways A-D-E reconstruction
- $8,344 for the Airport Power Generation and Distribution upgrades
- $6,845 for the elevator/escalator modernization and refurbishment
- $3,210 for the Methacrylate Road Protection Coating Project
- $3,021 for the Taxiway B Service Road Realignment
- $2,271 for the rental car reconfiguration

OC Waste & Recycling
- $29,274 for the Prima Zone 4 Phase A Mass Excavation and Ground Water Protection
- $18,707 for the Frank R. Bowerman (FRB) Phase VIII-A Groundwater Projection and Stockpile Project
- $7,469 for the purchase of heavy equipment at FRB Landfill and Central Regional Landfill
- $5,722 for the purchase of heavy equipment at Prima Deshecha Landfill and South Regional Landfill
- $2,194 for the purchase of heavy equipment at Olinda Alpha Landfill and North Regional Landfill

Internal Service Funds
- $16,652 for the purchase of various vehicles for OC Fleet Services

Additional information on the County's capital assets can be found in Note 6, Changes in Capital Assets, Note 12, Leases and Note 13, Subscription-Based Information Technology Arrangements (SBITA), in the Notes to the Basic Financial Statements section.

County of Orange
Annual Comprehensive Financial Report
For the Year Ended June 30, 2025
(Dollar Amounts in Thousands)

Commitments for Capital Expenditures
At the end of FY 2024-25, significant commitments for capital expenditures included the following:

- $29,695 for the Prima Zone 4 Phase A Mass Excavation and Ground Water Protection
- $23,142 for the purchase of various vehicles for OC Fleet Services
- $12,398 for the purchase of Airbus H-145 helicopter for Sheriff-Coroner
- $10,729 for the Mile Square Regional Park-Golf Course to Park Conversion Phase 2
- $10,397 for the facility accessibility improvements at the Airport
- $9,294 for the Airport Power Generation and Distribution Upgrades
- $8,019 for the Frank R. Bowerman Sewer Line and Water Treatment System
- $7,846 for the elevator/escalator modernization and refurbishment at the Airport
- $6,530 for the El Toro Emergency Medical Facility
- $6,380 for the Garden Grove Main Library-Tenant Enhancements
- $5,991 for the La Habra Library Tenant Enhancements
- $4,098 for the OC Loop Carbon Creek Channel Segment D Bikeway Gap Closure

Additional information on the County's commitments for capital expenditures can be found in Note 15, Construction and Other Significant Commitments, in the Notes to the Basic Financial Statements section.

**Long-Term Financing**

At June 30, 2025, the County had total long-term financing liabilities of $1,076,271 excluding long-term liabilities such as compensated absences payable, pension, and OPEB. During the year, the County's long-term financing liabilities decreased by $6,156, or 1% which is primarily attributable to the redemption of $122,898 Teeter Plan Notes. Partially offsetting the decrease was an increase of new leases for equipment and structures and improvements.

The following table summarizes the County's outstanding liabilities at June 30, 2025 and 2024:

| LONG-TERM FINANCINGS June 30, 2025 and 2024 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Governmental Activities | | Business-Type Activities | | Total | | (Decrease) |
| | 2025 | 2024 | 2025 | 2024 | 2025 | 2024 | % Change |
| Revenue Bonds | $ 429,066 | $ 440,386 | $ -- | $ -- | $ 429,066 | $ 440,386 | (3)% |
| Teeter Plan Notes (Direct Placement) | 5,802 | 36,787 | -- | -- | 5,802 | 36,787 | (84)% |
| Premium on Bonds Payable | 65,438 | 67,747 | -- | -- | 65,438 | 67,747 | (3)% |
| Lease Liability | 523,087 | 482,625 | 395 | 146 | 523,482 | 482,771 | 8 % |
| Subscription Liability | 52,014 | 54,637 | 469 | 99 | 52,483 | 54,736 | (4)% |
| **Total** | $ 1,075,407 | $ 1,082,182 | $ 864 | $ 245 | $ 1,076,271 | $ 1,082,427 | (1)% |

The following summarizes the County's long-term financing liabilities during FY 2024-25:

Teeter Plan Notes On July 12, 2024, the Teeter Plan Notes were issued for $91,913 in taxable Teeter Plan Obligation Notes, Series B, to refund the outstanding balance of $36,787 and to finance the purchase of $55,126 in delinquent property tax receivables. The Teeter Plan Notes issued on July 12, 2024, were issued pursuant to a Third Amended and Restated Note Purchase and Reimbursement Agreement, dated July 1, 2024, between the County and Wells Fargo Bank, National Association. Teeter Plan Notes may be issued from time to time by the County provided that the total principal amount of Teeter Plan Notes outstanding at any one time shall not exceed $150,000. The County paid $16,787 on August 12, 2024, $37,711 on September 25, 2024, $23,304 on January 22, 2025, and $8,309 on June 18, 2025 of its $91,913 Teeter Plan Notes utilizing accumulated base taxes. The Teeter Plan Notes mature on July 30, 2027, and bear a variable interest rate. As of June 30, 2025, the outstanding principal amount of the Teeter Plan Obligation Notes was $5,802 and the authorized, unused available commitment under the Third Amended and Restated Note Purchase and Reimbursement Agreement was $144,198.

Lease and Subscription Liabilities Lease liabilities increased by $40,711, as new and modified leases totaling $74,511 exceeded lease payments and terminations of $33,800 for governmental and business-type activities, while Subscription Based Information Technology Arrangements (SBITA) liabilities decreased by $2,253 from the prior year, reflecting increases of $30,443 from new and modified leases, offset by decreases of $32,696 from payments and terminations.

Additional information on the County's long-term financing liabilities can be found in Note 10, Long-Term Obligations, Note 12, Leases, Note 13, Subscription-Based Information Technology Arrangements (SBITA) and Note 22, Subsequent Events, in the Notes to the Basic Financial Statements section.

## Bond Ratings

The County maintained its Issuer Default Rating (IDR) of AAA from Fitch Ratings.

On July 15, 2024, Standard & Poor's Global Ratings (S&P) raised its Issuer Credit Rating (ICR) for the County from 'AA+' to 'AAA.' At the same time, S&P raised its long-term rating from 'AA' to 'AA+' for the 2016 Lease Revenue Bonds, 2017 Lease Revenue Bonds, 2018 Lease Revenue Bonds and the 2022 Lease Revenue Bonds.

The County has the following long-term underlying debt ratings:

| LONG-TERM DEBT RATINGS June 30, 2025 | S&P | Moody's | Fitch |
|---|---|---|---|
| Issuer/Default Rating | AAA | NR | AAA |
| 2016 Lease Revenue Bonds | AA+ | NR | NR |
| 2017 Lease Revenue Bonds | AA+ | NR | AA+ |
| 2018 Lease Revenue Bonds | AA+ | NR | AA+ |
| 2022 Lease Revenue Bonds | AA+ | NR | AA+ |
| Teeter Plan Notes | NR | NR | NR |

## OTHER POTENTIALLY SIGNIFICANT MATTERS

The County's management has determined that the following are significant matters that have a potential impact on the County's financial position or changes in financial position:

## State Legislation and Budget

Behavioral Health Service Act (Proposition 1, BHSA)
The Behavioral Health Modernization was announced in March 2023, as part of the Governor's State of the State Tour and subsequently passed by voters as Proposition 1 (Prop 1), in March 2024. Prop 1 intends to transform California's behavioral health system by focusing on homeless, conservatorship, and system-involved individuals. Funding received would now be allocated for housing interventions (30%), full-service partnerships (35%), and behavioral health services and supports (35%). Responsibilities for behavioral health prevention services currently provided by the County will shift to the California Department of Public Health, as the allowable funding for state administration doubles. The shift in allowable use coupled with the decrease in revenues will result in an estimated decrease of $20,000 for the provision of behavioral health services.

Also approved with Prop 1 was a $6,400,000 bond authorizing competitive grants to build an array of treatment, residential care, and supportive housing to provide appropriate care facilities for those experiencing mental health conditions and/or substance use disorders. BHSA has various effective dates and requires a Board-approved BHSA Integrated Plan for FY 2026-27 through FY 2028-29 by July 1, 2026.

System of Care-Homelessness
The County continues to work together with cities to respond to regional community needs in addressing homelessness. The partnership between the County and each of the 34 cities in the County is essential to meet the needs of people experiencing homelessness and leverages the funding available with the Building Homes Job Act

County of Orange
Annual Comprehensive Financial Report
For the Year Ended June 30, 2025
(Dollar Amounts in Thousands)

(SB 2) or other programs such as the State's Homekey Program and California Advancing and Innovating Medi-Cal.

In June 2018, the County filed the Housing Funding Strategy (HFS) with the goal of developing 2,700 units of permanent supportive housing in a seven-year period. The HFS was updated in 2022 and established a new goal of developing 2,396 units by 2029 based on the 2022 Point In Time count and progress made since 2018. As of August 2025, the County has committed funding to 1,316 permanent supportive housing units throughout the County. The HFS update also addressed the housing needs for individuals reentering the community upon release from custody; affordable housing assistance with voluntary support services to address the needs of chronically homeless individuals; and housing tailored with supportive services for youths and veterans experiencing challenges on the path to being successfully housed. In addition to the larger housing efforts, the County is assisting with housing stability by providing landlord incentives for approximately 700 units. Significant efforts include the following:

- Operational funding was provided to three city-operated emergency shelters and capital funding was provided for a city-operated emergency shelter.
- Funding was provided for development and operation of a transitional aged youth-focused emergency shelter and construction of the Yale Navigation Center.
- California Department of Housing and Community Development awarded $83,000 to the County in Rounds one, two and three of the Homekey Program. In total, the funding was used to support the acquisition and rehab of six motels converting to 335 units of interim and permanent supportive housing. Additionally, the County supported the City of Anaheim in an application for the Homekey Round two funds for an 89-unit motel conversion (interim to permanent housing) by providing a commitment of funding for operating costs.
- State Homeless Housing, Assistance and Prevention funding identified to create 62 units of non-congregate shelter.
- Field-based outreach teams integrate with County behavioral health resources to support city-led homeless services programs.
- The Emergency Rental Assistance Program provided nearly $39,000 in financial assistance to tenant households experiencing financial hardship due to COVID-19 to pay for rental arrears and past due utilities, thus promoting housing stability and minimizing the risk of homelessness.

In addition, the County utilizes the Care Plus Program to provide services through a multi-disciplinary team approach, focusing on person-centered care for those experiencing homelessness to streamline their access of County programs and improve outcomes related to health and housing.

Master Plan for Aging
Following California's (CA) Executive Order N-1419 and the statewide Master Plan for Aging, the County developed the OC Master Plan for Aging (OC MPA) under the OC Cares banner, a five-year plan to support CA's plan to build a "California for All Ages". This plan was released in August 2025 in support of the growing population of individuals aged 65 and older which is projected to equate to 36% of the overall County population by 2026. Three priority initiatives were developed after assessing countywide need based on the OC Older Adults Needs Assessment which represented community voice from 7,522 participants and an inventory of current County services within the five CA bold goals. Designed to create meaningful and sustainable change at the local level, the three priority initiatives are: (1) Housing Security–increasing access to affordable, supportive, and accessible housing options, addressing financial instability and exploring innovative housing models, (2) Public Information and Resource Campaign–creating a comprehensive, accessible public information and resource campaign for older adults and their caregivers, and (3) Enhanced Care Coordination–connecting vulnerable older adults to resources through a whole-person care approach. The OC MPA emphasizes the power of ongoing collaboration which includes multiple departments, nonprofit partners, the private sector and the community at large to ensure success within the three priority initiatives.

**Long-Term Financial Planning**

Funding Progress of the County's Retirement System (System)
The funded ratio of the System is a measure of the ability of the System to make obligated payments to current retirees and future retirees. As of December 31, 2024, the funding ratio for the System is 83.8%, which is an increase

from 82.6% in 2023. The System's Unfunded Actuarial Accrued Liability (UAAL) decreased from $4.65 billion ($3.94 billion attributable to the County) to $4.57 billion ($3.96 billion attributable to the County). The decrease in the UAAL is primarily attributable to contributions made to amortize the UAAL and investment returns (after smoothing) greater than the 7.00% return assumption.

On November 4, 2008, the voters in Orange County approved Measure J, which requires voter approval for any future pension benefit enhancements. The County carefully monitors the activities at OCERS and regularly provides input to OCERS management, as well as providing input at OCERS Board meetings.

**Requests for Information**

We hope that the preceding information provides a general overview of the County's overall financial status. For questions or comments concerning information contained in this report, please contact the Auditor-Controller's Office, County of Orange, 1770 N. Broadway, Santa Ana, CA 92706 or you can access our website at ocauditor.gov.

**PROOF OF SERVICE**

**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California,          )
                             )  ss.
County of San Diego.          )

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 2011 Palomar Airport Road, Suite 207, Carlsbad, California 92011.

On this date, I served the foregoing document described as **DECLARATION OF JAMES C. JARDIN IN SUPPORT OF RESPONSE AND REQUEST FOR STAY (FRCP 62)** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Carlsbad, California to be served on the parties as indicated on the attached service list.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Carlsbad, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Carlsbad, California.

☐ **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☒ **(BY ELECTRONIC FILING AND/OR  SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached Service on: July 6, 2026

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐ **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number (760) 274-2111 indicated all pages were transmitted.

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on **July 6, 2026** at Carlsbad, California.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
**Patrice Porter**
pporter@ccllp.law

**COLLINS + COLLINS** LLP
750 The City Drive
Suite 400
Orange, CA  92868
Phone   (714) 823-4100
Fax      (714) 823-4101

*FILE # 23084*

4

**JARDIN DECL. ISO RESPONSE AND REQUEST FOR STAY (FRCP 62)**

SERVICE LIST
Case Name: Holloway v. County of Orange, et al.
Case Number: 8:19-cv-01514-DOC-DFM
CCMS: 23084

Narine Mkrtchyan
655 North Central Avenue Suite 1700
Glendale CA, CA 91203
**Mailing Address:**
10063 Riverside Dr #2288
Toluca Lake, CA 91602
Tel: 818-388-7022
Email: narine56@msn.com
**ATTORNEYS FOR PLAINTIFF JEREMY
HOLLOWAY**

S. Frank Harrell
Tamara M. Heathcote
Lynberg and Watkins APC
1100 West Town and Country Road Suite 1450
Orange, CA 92868
714-937-1010
Fax: 714-937-1003
sharrell@lynberg.com
cnaltsas@lynberg.com
theathcote@lynberg.com
**ATTORNEY FOR County of Orange, Deputy
Joel Gonzalez, Deputy Kevin Pahel, Deputy
Brandon Billinger, Deputy Mark Borba, Deputy
Jameson Gotts, Deputy Justin Gunderson**

*FILE # 23084*

COLLINS + COLLINS LLP
750 The City Drive
Suite 400
Orange, CA 92868
Phone (714) 823-4100
Fax (714) 823-4101

5

**JARDIN DECL. ISO RESPONSE AND REQUEST FOR STAY (FRCP 62)**